1  LOCKE LORD LLP
2  Michael F. Perlis (SBN: 095992)
   mperlis@lockelord.com
3  Richard Johnson (SBN: 198117)
   rrjohnson@lockelord.com
4  Lilian M. Khanjian (SBN: 259015)
5  lkhanjian@lockelord.com
6  300 South Grand Avenue, Suite 2600
   Los Angeles, California  90071
7  Telephone: 213-485-1500
8  Facsimile: 213-485-1200

9  Attorneys for Plaintiff
   FEDERAL INSURANCE COMPANY
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13 FEDERAL INSURANCE COMPANY      )  CASE NO. 2:15-cv-00393
14                                )
              Claimant - Plaintiff, )  **EXHIBIT C TO COMPLAINT**
15                                )
16      vs.                       )
                                  )
17                                )
   CALDERA MEDICAL, INC., and DENISE )
18 M. FLANIGAN, ROSIE JEAN BATES, )
   TAMMY L. MCILROY, BRENDA DEYO, )
19 SUSAN STONE, KIMBERLY DURHAM, )
   ELAINE TACK, SHARON PEER,      )
20 ELIZABETH BAILEY, BARBARA COE, )
   DOREEN ESPARZA, CLARA PERELKA, )
21 PEGGY GRUBBS, CONNIE           )
22 WILLAMSON, CHRISTINE MATHEWS,  )
   KATRINA BAKER, , DAWN BURNHAM, )
23 NANCY ROBERTS, GLENDA THORNE,  )
24 BENELLA OLTREMARI, PHYLLIS W.  )
   BROWN, JOANNE MONGEAU, SYBIL   )
25 WASHINGTON, and CELINES RAMIREZ, )
26 and all others similarly situated )
27                                )
                                  )
28          Claimant-Defendants.  )

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1

EXHIBIT C

*Customarq Series*

# Life Sciences Insurance Program

# FOR

# CALDERA MEDICAL INC

Producer:

COSTELLO & SONS INSURANCE
1752 LINCOLN AVENUE
SAN RAFAEL, CA 94901−0000
Attn:   JESSICA FORD

Chubb Servicing Office:

SAN FRANCISCO
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 1200
SAN FRANCISCO, CA  94111−3333
Attn:   ALICE LAM

**Reference Copy**

*Customarq Series*
**Life Sciences Insurance Program**

*How To Report A Loss*

To report a **Loss**, use the following procedure.

**Loss Notification**

If an **Insured Person** has a **Loss**, please contact us by telephone as soon as possible for further assistance:

Telephone Number: 1−800−252−4670

24 hours a day, 7 days a week

**Fax Number**

You may also fax the loss report during normal business hours to:

Fax Number: 1−800−300−2538

**Mailing Address**

You may mail your loss report to the following address:

Chubb Group Of Insurance Companies
Claim Service Center
600 Independence Parkway
P.O. Box 4700
Chesapeake, Va. 23327−4700

*Customarq Series*
*Life Sciences Insurance Program*

## Table Of Contents

This Table Of Contents is provided to acquaint you with the overall organization of this policy.

### POLICY ORGANIZATION

Insuring Agreement

Premium Summary

Liability Insurance Section

      Liability Schedule Of Forms & Declarations

      Liability Contracts *

      Liability Endorsements

Common Policy Section

      Common Policy Conditions

      Common Policy Endorsements

---

\* Note:      Each contract within a section has its own Table Of Contents to facilitate your use of them.

**Reference Copy**

## Insuring Agreement

**Chubb Group of Insurance Companies**
**15 Mountain View Road**
**Warren, NJ 07059**

*Named Insured and Mailing Address*

CALDERA MEDICAL INC
28632 ROADSIDE DRIVE #260
AGOURA HILLS, CA 91301

*Policy Number*   7499‑85‑33SFO

*Effective Date*   AUGUST 1, 2010

*Issued by the stock insurance company indicated below, herein called the company.*

**FEDERAL INSURANCE COMPANY**

*Producer No.*   0073518

*Incorporated under the laws of INDIANA*

*Producer*   COSTELLO & SONS INSURANCE
1752 LINCOLN AVENUE
SAN RAFAEL, CA 94901−0000

### Company and Policy Period

Insurance is issued by the company in consideration of payment of the required premium.

This policy is issued for the period 12:01 AM standard time at the Named Insured's mailing address shown above:

From:   AUGUST 1, 2010          To:   AUGUST 1, 2011

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Policy Conditions comprise this policy.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

_President_

_Secretary_

_Authorized  Representative_

**Reference Copy**

*Customarq Series*
**Life Sciences Insurance Program**

## Premium Summary

**Chubb Group of Insurance Companies**
**15 Mountain View Road**
**Warren, NJ 07059**

*Named Insured and Mailing Address*

CALDERA MEDICAL INC
28632 ROADSIDE DRIVE #260
AGOURA HILLS, CA 91301

Policy Number   7499-85-35 FO

*Effective Date*   AUGUST 1, 2010

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**FEDERAL INSURANCE**
**COMPANY**

*Producer No.*   0073518

*Incorporated under the laws of*
*INDIANA*

*Producer*      COSTELLO & SONS INSURANCE
               1752 LINCOLN AVENUE
               SAN RAFAEL, CA 94901-0000

---

### Policy Period

From:   AUGUST 1, 2010        To:   AUGUST 1, 2011
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

### Premium Payment

The First Named Insured shown in the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums we pay.

---

### Premium Audit

Certain classifications within our rates and rules indicate that premiums calculated therefrom can be significantly affected by large increases or decreases in your business results. Based upon our underwriting review of information provided by you, we may at our discretion perform a premium audit. You may also request such an audit.

If an audit is conducted and additional premiums are due, they are payable upon notice to the First Named Insured. If as a result of an audit the premium paid is greater than the earned premium, we will return the excess to the First Named Insured. The First Named Insured must keep records of the information we need to perform the audit and send us copies at such times as we may request.

---

| Coverage | Rate | Premium |
|---|---|---|
| LIABILITY INSURANCE SECTION | | $ 69,957 |

Reference Copy

Issue Date: SEPTEMBER ...

continued

## *Premium Summary*
*(continued)*

### *TOTAL*                                                      $ 69,957

If ATD coverage is provided on this policy, additional certificate and handling fees may be imposed during the policy term.

### Coverage Premium

Additional certificate and handling fees may be imposed as respects to certification of pressure equipment as mandated by State and/or local jurisdictional authorities.

### *Payment Plan*

This policy premium is being billed as follows. The amounts shown are due and payable as of the dates shown below:

| *Date Payment Due* | *Amount Due* |
|---|---|
| AUGUST 1, 2010 | $ 69,957.00 |

*Liability Insurance Section*

*Declarations*

## *Liability Insurance*

## *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-6403 | 12-07 | CAP ON CERTIFIED TERRORISM LOSSES | 08/01/10 | 09/24/10 |
| 80-02-0010 | 4-94 | LIABILITY DECLARATIONS | 08/01/10 | 09/24/10 |
| 80-02-2047 | 9-02 | LIABILITY GLOBAL EXTENSION | 08/01/10 | 09/24/10 |
| 80-02-2085 | 8-04 | PRODUCTS/COMPLETED OPERATIONS-CM-LIFE SCIENCE | 08/01/10 | 09/24/10 |
| 80-02-2324 | 11-06 | NON-ACCUMULATION OF LIMITS OF INSURANCE | 08/01/10 | 09/24/10 |
| 80-02-2445 | 4-06 | EXCLUSION-TOBACCO | 08/01/10 | 09/24/10 |
| 80-02-2507 | 4-94 | AMENDED ERP -INTERNATIONAL | 08/01/10 | 09/24/10 |
| 80-02-2651 | 4-01 | CUMIS -CALIFORNIA | 08/01/10 | 09/24/10 |
| 80-02-6386 | 10-02 | EXCLUSION-SILICON | 08/01/10 | 09/24/10 |
| 80-02-6411 | 8-04 | LS-EXCL-SPECIFIC GOODS PRODUCTS INCL MED DEV | 08/01/10 | 09/24/10 |
| 80-02-6412 | 3-06 | LS-EXCLUSION-SPECIFIC DISEASES | 08/01/10 | 09/24/10 |
| 80-02-6413 | 5-07 | LS-EXCL-SPECIFIC MATERIALS GOODS PRODUCTS | 08/01/10 | 09/24/10 |
| 80-02-6424 | 8-04 | LS-EXCL-UNAPPROVED OFF-LABEL PROMOTION | 08/01/10 | 09/24/10 |
| 80-02-6425 | 8-04 | CONDITION-MINIMUM EARNED PREMIUM | 08/01/10 | 09/24/10 |
| 80-02-6427 | 8-04 | LS-PRODUCT WITHDRAWAL AND CRISIS MGMT EXP | 08/01/10 | 09/24/10 |
| 80-02-6430 | 8-04 | LS-DEFENSE WITHIN THE LIMITS FOR PCO CONTRACT | 08/01/10 | 09/24/10 |
| 80-02-6443 | 8-04 | LS -EXTENDED OCCURRENCE PERIOD OPTION -PCO | 08/01/10 | 09/24/10 |
| 80-02-6491 | 7-07 | SPECIAL PROV APPL TO HUMAN CLINICAL TRIAL | 08/01/10 | 09/24/10 |
| 80-02-6528 | 4-05 | EXCLUSION-INFORMATION DISTRIBUTION LAWS | 08/01/10 | 09/24/10 |
| 80-02-6541 | 3-05 | CONDITION-PREMIUM AUDIT | 08/01/10 | 09/24/10 |
| 80-02-6557 | 8-05 | EXCLUSION-VARIOUS -PCO | 08/01/10 | 09/24/10 |
| 80-02-6576 | 3-06 | EXCLUSION-UNAPPROVED GOODS OR PRODUCTS | 08/01/10 | 09/24/10 |
| 80-02-6580 | 3-06 | LIMITS OF INS-HCT MED EXP AGG LIMIT-PCO AGG | 08/01/10 | 09/24/10 |
| 80-02-6586 | 3-06 | DEFINITION-DEEMED KNOWN-ADVERSE EVENT PCO-CM | 08/01/10 | 09/24/10 |
| 80-02-8217 | 2-09 | DEDUCTIBLES (WITH AGGREGATE OPTION) | 08/01/10 | 09/24/10 |

*last page*

**Reference Copy**

## *Liability Insurance*

### *Declarations*

**Chubb Group of Insurance Companies**
**15 Mountain View Road**
**Warren, NJ 07059**

*Named Insured and Mailing Address*

*Policy Number*   7499-85-32 SFO

CALDERA MEDICAL INC
28632 ROADSIDE DRIVE #260
AGOURA HILLS, CA 91301

*Effective Date*   AUGUST 1, 2010

*Issued by the stock insurance company indicated below, herein called the company.*

**FEDERAL INSURANCE COMPANY**

*Producer No.*   0073518

*Incorporated under the laws of INDIANA*

*Producer*   COSTELLO & SONS INSURANCE
1752 LINCOLN AVENUE
SAN RAFAEL, CA 94901-0000

### Policy Period

From:   AUGUST 1, 2010      To:   AUGUST 1, 2011
12:01 A.M. standard time at the Named Insured's mailing address shown above.

| Liability Coverage | Limit Of Insurance |
|---|---|

*PRODUCTS/COMPLETED OPERATIONS– CLAIMS MADE*

| | |
|---|---|
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 10,000,000 |
| EACH OCCURRENCE LIMIT | $ 10,000,000 |
| HUMAN CLINCIAL TRIAL MEDICAL EXPENSES LIMIT | $ 10,000 |
| BODILY INJURY AND PROPERTY DAMAGE DEDUCTIBLE–EACH EVENT | $ 50,000 |
| HUMAN CLINICAL TRIAL MEDICAL EXPENSES DEDUCTIBLE–EACH EVENT | $ 0 |
| RETROACTIVE DATE | AUGUST 1, 2003 |

Reference Copy

*Liability Coverage*
(continued)

STATE:      **CALIFORNIA**

*LS PRODUCTS/COMP OPS*

CLASSIFICATION CODE NUMBER:                                                                    00419
CLASSIFICATION DESCRIPTION:
    LS DEVICE MFG. – PROD/COMP. OPS – MODERATE HAZARD
PREMIUM BASIS:
    GROSS SALES:                                                                        $4,900,000
RATE:                                                                                    13.321

*GLOBAL LS PRODUCTS/COMP OPS*

CLASSIFICATION CODE NUMBER:                                                                    00419
CLASSIFICATION DESCRIPTION:
    LS DEVICE MFG. – PROD/COMP. OPS – MODERATE HAZARD
PREMIUM BASIS:
    GROSS SALES:                                                                          $300,000
RATE:                                                                                    13.321

*Liability Insurance*

*Liability Global Extension*

*Table Of Contents*

| Section | Page No. |
|---|---|

*Coverages* — 3

*Investigation, Defense And Settlements* — 4

*Coverage Territory* — 5

*Who Is An Insured* — 6

*Limits Of Insurance* — 6

*Medical Expenses Exclusions* — 7

*Policy Exclusions* — 7

*Conditions* — 8

*Common Policy Conditions* — 11

*Definitions* — 13

**Reference Copy**

*THIS PAGE INTENTIONALLY LEFT BLANK*

**Reference Copy**

## *Liability Global Extension*

THE DELETIONS, MODIFICATIONS OR ADDITIONS CONTAINED IN THIS GLOBAL EXTENSION APPLY ONLY AS PROVIDED UNDER THE ADDITIONAL CONDITION TITLED APPLICABILITY OF THIS EXTENSION.

| | |
|---|---|
| ***Coverages*** | Subject to the applicable Limits Of Insurance and all the provisions of this policy, the coverages contained in this policy apply except when there is in force locally procured insurance. In such case the: |

- Difference In Conditions Insurance; and/or
- Excess Insurance,

will apply, but in no event will such coverages:

- broaden the coverage provided by this policy; or
- increase the liability of the Chubb Group of Insurance Companies or any **authorized correspondent**.

| | |
|---|---|
| ***Difference In Conditions Insurance*** | We will pay for any **covered loss** that is not covered under any other insurance, subject to the applicable Limits Of Insurance shown in the Declarations and the provisions of this policy. |

| | |
|---|---|
| ***Excess Insurance*** | We will pay for any **covered loss** that is also covered under any other insurance, to the extent that: |

A. the limits of insurance of any such other insurance are insufficient to pay the **covered loss** in full; or

B. payment under any such other insurance is uncollectible because the insurer providing the insurance is bankrupt, in liquidation, insolvent or has delayed payment for a period of more than 180 days from the date of any final settlement or judgment that determines the amount of loss you or any other **insured** is legally obligated to pay, except to the extent that the **covered loss** is also covered under any other insurance which:

   1. any insurer (other than us, another member of the Chubb Group of Insurance Companies or any **authorized correspondent**) provides as coinsurer with us, another member of the Chubb Group of Insurance Companies or any **authorized correspondent**; or

   2. is stated in any Required Specific endorsement made part of this policy.

We will pay only after the 180 day waiting period ends. During the waiting period, you must pursue the claim vigorously with the applicable insurer. You must reimburse us, unless we authorize otherwise, for any payment that we make as a result of such delay that is subsequently paid by the applicable insurer.

Subject to the applicable Limits Of Insurance shown in the Declarations, we will pay the amount of **covered loss** that is excess of:

A. the amount of **covered loss** that is paid under any other insurance, except as stated in B., C., and D. below;

B. the amount of **covered loss** that is paid or payable (even if uncollectible) under any insurance stated in any Required Specific endorsement made part of this policy;

C. the amount of **covered loss** that is paid under any agreement of indemnity available to you; or

D. the total of all deductible and self–insured amounts under all insurance stated above.

---

## Coverages

| | |
|---|---|
| *Excess Insurance*<br>*(continued)* | We will not pay for any **covered loss**: |

·      that would have been payable by any other insurer, other than us, another member of the Chubb Group of Insurance Companies or any **authorized correspondent**, when such other insurance is on a pro−rata or contributing basis with us, another member of the Chubb Group of Insurance Companies or any **authorized correspondent**; or

·      if such other insurance is shown in any Required Specific Insurance endorsement made a part of this policy.

---

| | |
|---|---|
| *Investigation,*<br>*Defense And*<br>*Settlements* | The provision titled Investigation, Defense And Settlements is deleted and replaced by the following: |

Subject to all of the terms and conditions of this insurance, when this insurance is primary, we will have the right and duty to defend the **insured** against a **suit**, even if such **suit** is false, fraudulent or groundless.

We will have the right, but not the duty, to defend the **insured** against a **suit** in a **non−admitted jurisdiction**.

If such a **suit** is brought, we will pay reasonable attorney fees and necessary litigation expenses to defend:

·      the **insured**; and

·      if applicable, the indemnitee of the **insured**, provided the obligation to defend, or the cost of the defense of, such indemnitee has been assumed by such **insured** in an **insured contract**.

Such attorney fees and litigation expenses will be paid as described in the Supplementary Payments section of this contract.

We have no duty to defend any person or organization against any **suit** seeking damages to which this insurance does not apply.

We may, at our discretion, investigate any **occurrence**, offense or negligent act, error or omission and settle any claim or **suit**.

Our duty to defend any person or organization ends when we have used up the applicable Limit Of Insurance.

When this insurance is excess, we will have no duty to defend the **insured** against a **suit** when another insurer has a duty to defend. If no other insurer defends:

·      we will undertake to defend any **suit** in any jurisdiction, other than a **non−admitted jurisdiction**; or

·      at our option, we may undertake to defend any **suit** in any **non−admitted jurisdiction**.

We will be entitled to the **insured**'s rights against all those other insurers.

We may at our discretion investigate any:

·      **occurrence**;

·      offense; or

·      negligent act, error or omission,

to which this insurance applies and settle any claim or **suit** that may result.

## *Liability Global Extension*

**Investigation, Defense And Settlements**
*(continued)*

If we do not exercise our right to defend any **suit**, we will advance or reimburse funds to you or any other **insured**, in accordance with the Advances Or Reimbursements provisions of this contract.

When we have used up the applicable amount of insurance available in payment of:

·     judgments or settlements; or

·     defense or Supplementary Payments, if the applicable Liability contract provides that the payment of defense or Supplementary Payments reduces the Limits Of Insurance,

we will have no further obligation or liability to pay sums or perform acts or services unless explicitly provided for under Supplementary Payments shown in the applicable Liability contract attached to this policy.

**Advances Or Reimbursements**

*Damages*

We will advance or reimburse funds to you or any other **insured**, as set forth below, for payment of damages to which this insurance applies, when a claim or **suit** is commenced in a **non-admitted jurisdiction**.

We will advance funds to you or any other **insured** to pay our portion of such damages when they are greater than the Threshold Amount shown in the Declarations of this insurance; if less than the Threshold Amount shown in the Declarations of this insurance, we will reimburse you or any other **insured**. We will make these advances or reimbursements in a jurisdiction that is mutually acceptable. We will advance or reimburse funds until we have used up the amount of insurance available, as provided under Limits Of Insurance.

*Defense And Supplementary Payments*

We will advance or reimburse funds to you or any other **insured**, as set forth below, for payment of defense and Supplementary Payments to which this insurance applies, when such expense results from a claim or **suit** in any **non-admitted jurisdiction**.

We will advance funds to you or any other **insured** to pay our portion of such defense, including Supplementary Payments, when greater than the Threshold Amount shown in the Declarations of this insurance; if less than the Threshold Amount shown in the Declarations of this insurance, we will reimburse you or any other **insured**. We will make these advances or reimbursements in a jurisdiction that is mutually acceptable. We will advance or reimburse funds until we have used up the amount of insurance available, as provided under Investigation, Defense And Settlements or Limits Of Insurance.

**Coverage Territory**

The provision titled Coverage Territory is deleted and replaced by the following:

This insurance applies anywhere, provided the **insured's** responsibility to pay damages, to which this insurance applies, is determined in a **suit** on the merits brought outside of the United States of America (including its possessions and territories), Canada (including its possessions and territories) or Puerto Rico, or in a settlement to which we agree.

Under Who Is An Insured, Subsidiary Or Newly Acquired Or Formed Organizations is deleted and replaced by the following:

## Who Is An Insured

### Subsidiary Or Newly Acquired Or Formed Organizations

The following organizations will qualify as named **insureds**:

- a subsidiary organization of the first named **insured** shown in the Declarations of which, at the beginning of the policy period and at the time of loss, such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization; or

- a subsidiary organization of the first named **insured** shown in the Declarations that such first named **insured** acquires or forms during the policy period, if at the time of loss such first named **insured** controls, either directly or indirectly, more than fifty (50) percent of the interests entitled to vote generally in the election of the governing body of such organization.

Under Who Is An Insured, Limitations On Who Is An Insured is deleted and replaced by the following:

### Limitations On Who Is An Insured

A. Except to the extent provided under the Subsidiary Or Newly Acquired Or Formed Organizations provision above, no person or organization is an **insured** with respect to the conduct of any person or organization that is not shown as a named **insured** in the Declarations.

B. No person or organization is an **insured** with respect to the:

1. ownership, maintenance or use of any assets; or

2. conduct of any person or organization whose assets, business or organization;

you acquire, either directly or indirectly, for any **covered loss** that occurred or arose from an offense first committed, in whole or in part, before you, directly or indirectly, acquired such assets, business or organization.

Under Limits Of Insurance, the following provision is added:

## Limits Of Insurance

### Non Accumulation Of Limits Of Insurance

Any payment made under this insurance or under any other insurance issued by:

A. the Chubb Group of Insurance Companies;

B. any **authorized correspondent**, or

C. any combination thereof.

will reduce the Limits Of Insurance of this policy.

Once the applicable limit of insurance is used up by payment of judgments or settlements under this insurance or any insurance described in subparagraphs A., B. or C. above, you or any other **insured** must reimburse us or any applicable insurer described in subparagraphs A., B. or C. above for any additional payment we or any applicable insurer described in A., B. or C. make for **covered loss**.

You will make the reimbursement to us, unless we authorize otherwise.

## *Liability Global Extension*

Under Medical Expenses Exclusions, the exclusion titled Workers' Compensation Or Similar Laws is deleted and replaced by the following:

### *Medical Expenses Exclusions*

#### *Workers' Compensation Or Similar Laws*

This insurance does not apply to **medical expenses** arising out of **bodily injury** to any person, whether or not an **employee** of any **insured**, if benefits for such **bodily injury** are payable or must be provided under any workers' compensation, disability benefits or unemployment compensation law, **employment severance law** or any similar law.

Under Policy Exclusions, the exclusions titled Nuclear Energy and Workers Compensation Or Similar Laws are deleted and replaced by the following:

### *Policy Exclusions*

#### *Nuclear Energy*

A.   This insurance does not apply to **bodily injury, nuclear property damage, advertising injury** or **personal injury:**

  1.   with respect to which any **insured** under this policy also has status as an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, any similar insurer or association of insurers in any jurisdiction, any sovereign nation, or agency or political subdivision thereof, or any multinational government agency or institution, or would have had status as an insured under any such policy but for its termination upon exhaustion of its limit of insurance; or

  2.   arising out of the **nuclear hazardous properties** of **nuclear material** and with respect to which:

    a.   any person or organization is required to maintain financial protection pursuant to the United States of America Atomic Energy Act of 1954, or any law amendatory thereof or similar law or directive of any other sovereign nation, or agency or political subdivision thereof, or any multinational government agency or institution; or

    b.   the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, or any other sovereign nation or agency or political subdivision thereof, or any multinational government agency or institution, under any agreement entered into by the United States of America, or any agency thereof, or by such other sovereign nations, agencies, political subdivisions or institutions as apply, with any person or organization.

B.   This insurance does not apply to **bodily injury, nuclear property damage, advertising injury** or **personal injury** arising out of the **nuclear hazardous properties** of **nuclear material:**

  1.   if the nuclear material:

    a.   is at any **nuclear facility** owned by, or operated by or on behalf of, any **insured;**

    b.   has been discharged or dispersed therefrom; or

---

## Policy Exclusions

**Nuclear Energy**
*(continued)*

    c.    is contained in **nuclear spent fuel** or **nuclear waste** at any time transported, handled, stored, disposed of, processed, treated, possessed or used by or on behalf of any **insured**; or

  2.    in any way related to the furnishing by any **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**. But if such facility is located within the United States of America (including its possessions or territories) or Canada, this subparagraph 2. applies only to **nuclear property damage** to such **nuclear facility** and any property thereat.

**Workers' Compensation Or Similar Laws**

This insurance does not apply to any obligation of the **insured** under any workers' compensation, disability benefits or unemployment compensation law, **employment severance law** or any similar law.

Under Conditions, the following conditions are added:

## Conditions

**Applicability Of This Extension**

The Deletions, Modifications or Additions contained in this Global Extension apply only to the insurance afforded by this Extension and only outside of the United States of America (including its possessions and territories), Canada (including its possessions and territories), or Puerto Rico.

The Deletions, Modifications or Additions contained in this Global Extension do not apply to insurance afforded by:

  ·    Electronic And Information Technology Errors Or Omissions;

  ·    Information And Network Technology Errors Or Omissions;

  ·    Intellectual Property And Communications Liability Insurance;

  ·    Reputation Injury And Communications Liability; or

  ·    Telecommunications Liability,

to the extent a part of this policy.

**Bankruptcy, Liquidation, Insolvency Or Delay In Payment**

When **covered loss** is not paid or is only partially paid because:

  ·    the paying insurer is bankrupt, in liquidation or insolvent; or

  ·    there has been a delay in payment for a period of more than 180 days;

you must submit a sworn statement of loss to us, even though you may have made a similar statement to the applicable insurer.

**Compulsory Admitted Insurance**

  A.    This insurance is not a substitute for **compulsory admitted** insurance in any jurisdiction, regardless of whether it would qualify as **compulsory admitted** insurance in a given jurisdiction or is accepted by the appropriate authorities as proof of **compulsory admitted** insurance.

  B.    You have the duty under this insurance to arrange for your **compulsory admitted** insurance.

## *Liability Global Extension*

## *Conditions*

*Compulsory Admitted Insurance (continued)*

C. You agree to have in force **compulsory admitted** insurance for the coverages and limits of insurance that are necessary to satisfy the legal requirements of any jurisdiction.

D. **Compulsory admitted** insurance will be deemed to be Required Specific insurance, regardless of whether any Required Specific endorsement is made part of this policy, except as stated in F. below.

E. Should you fail to have in force **compulsory admitted** insurance, the Failure to Effect Required Specific under Liability Conditions will apply, except as stated in F. below.

F. Subject to the Limits Of Insurance provisions, we will pay for **covered loss** under:

　1. your **compulsory admitted** insurance that is issued by:

　　a. the Chubb Group of Insurance Companies; or

　　b. any **authorized correspondent**;

　　if such insurance:

　　・ in force at or after the inception of this contract has been restricted, non-renewed or canceled; or

　　・ that you agree to place in force at or after the inception of this contract has not been placed in force; or

　2. that part of any **compulsory admitted** insurance whose aggregate limit is exhausted or reduced by payments of judgments, settlements, defense or Supplementary Payments, if such payments are made after the effective date of this contract.

G. Regardless of whether we make payment for **covered loss** pursuant to paragraph F. above, this insurance is not a substitute for **compulsory admitted** insurance.

*Currency Provision*

We will pay for **covered loss** in the same currency as that of the Limits Of Insurance shown in the Declarations.

When payment of **covered loss** involves any currency other than that of the Limits Of Insurance shown in the Declarations, we will convert the value of the **covered loss** to the currency of the Limits Of Insurance shown in the Declarations, at the free rate of exchange as published in *The Wall Street Journal* in effect at the end of the last business day before the date of loss settlement of this policy.

After we make any conversion from another currency, we will apply all other terms of this policy to determine the amount of our final loss obligation.

At our sole option, and upon your request, we may also pay loss under this policy in any currency.

*Excess Insurance*

You may purchase excess insurance to specifically apply as excess of the Limits Of Insurance shown in the Declarations of this policy. However, this DIC/EXCESS coverage does not apply to any such insurance.

## Conditions
(continued)

| | |
|---|---|
| *Extended International Notice Of Loss* | Notice given by or on behalf of the **insured**, the injured person, or any other claimant to: |

- any licensed agent of ours;
- another member company of the Chubb Group of Insurance Companies; or
- any **authorized correspondent**

with particulars sufficient to identify the **insured** shall be deemed notice to us, whether or not such notice is made under this policy or under any other insurance issued by:

A. the Chubb Group of Insurance Companies;

B. any **authorized correspondent**; or

C. any insurer (other than stated in A. or B. above) providing coinsurance with A. or B. above.

Notice to any other insurer, person or organization shall not be deemed notice to us.

*Failure To Effect Required Specific*

A. You must give us reasonable prior written notice of any change to any insurance stated in any Required Specific endorsement made part of this policy. You must notify us regardless of whether you initiate or authorize any such change. However, your duty to notify us does not apply to the extent that any such change increases the limits of insurance or provides additional coverage.

B. Except as provided in paragraph A. above, we will only accept changes that we agree to in writing.

C. At the time of **covered loss**, you must have in force any insurance stated in any Required Specific endorsement made part of this policy. However, you will be deemed to have in force that part of any insurance whose aggregate limit is exhausted or reduced by payments of judgments, settlements, defense or Supplementary Payments, if such payments are made after the effective date of the applicable Required Specific endorsement made part of this policy.

D. If, without our written agreement as required in B. above, you do not have in force the insurance stated in any Required Specific endorsement made part of this policy, we will only provide Difference In Conditions and Excess Coverage to the same extent as if you had such insurance.

*Joint Duties In A Non-Admitted Jurisdiction*

For an **occurrence**, offense, claim or **suit** seeking damages to which this insurance applies that arises in a **non-admitted jurisdiction**, we will consult with you and with any other **insured**.

You or any other **insured** must:

- make such investigation, defense or settlement as we deem reasonable;
- obtain our approval for any payment; and
- effect approved payments to others, in accordance with the terms of this insurance.

We retain the right to assume control of any investigation, defense, settlement or recovery proceedings. You or any other **insured** have the duty to cooperate with us in these proceedings.

## *Liability Global Extension*

### Conditions
(continued)

#### Other Insurance

Under Conditions and only for the purposes of Difference In Conditions Insurance and Excess Insurance, Other Insurance is deleted.

### Common Policy Conditions

#### Conformance

Under Common Policy Conditions, and only for the purposes of Differences In Conditions Insurance and Excess Insurance, Conformance is deleted.

#### First Named Insured

Under Common Policy Conditions, and only for the purposes of Difference In Conditions Insurance and Excess Insurance, First Named Insured and Inspections And Surveys are deleted and replaced by the following:

The person or organization first named in the Declarations is primarily responsible for payment of all premiums. The first named **insured** will act on behalf of all other named **insureds** for the giving and receiving of notice of cancellation or nonrenewal and the receiving of any return premiums that become payable under this policy.

All loss adjustment, losses and other payments will, at our option, be coordinated and adjusted with and payable to the first named **insured**, without regard to the first named **insured**'s obligation to others, including but not limited to other **insureds**. We will not be responsible for the proper application of any payment we make to the first named **insured**. If we make payment to any **insured** other than the first named **insured**, such payment will be treated as though made to the first named **insured**.

#### Inspections And Surveys

We may:

·     make inspections and surveys at any time;

·     give you reports on the conditions we find; and

·     recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

·     are safe or healthful; or

### Common Policy Conditions

*InspectionsAnd Surveys*
*(continued)*

·    comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any other insurer that provides **admitted** insurance at our request, and to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations for us.

## *Liability Global Extension*

Under Definitions, the following definitions are added:

### *Definitions*

**Admitted** | **Admitted** means any contract of insurance that:

- is issued by a State Fund or an insurer licensed or permitted by law to do business in the jurisdiction where the property or exposure to loss is located; and
- is issued to you or any other **insured**; or
- is issued to someone (other than you or any other **insured**) covering your interests.

**Admitted** does not include any contract of insurance specifically obtained to apply in excess of the Limits Of Insurance shown in the Declarations of this policy.

---

*Authorized Correspondent* | **Authorized correspondent** means any privately controlled insurer, other than a member company of the Chubb Group of Insurance Companies, that we indicate is our correspondent, but only for each specific insurance transaction we authorize.

---

*Compulsory Admitted* | **Compulsory admitted** means any **admitted** insurance that is required to be in force to satisfy the legal requirements of a given jurisdiction.

---

*Covered Loss* | **Covered loss** means:

- injury or damage;
- **medical expenses**;
- defense; and
- Supplementary Payments;

covered under this policy.

---

*Employment Severance Law* | **Employment severance law** means any law that obliges an employer to pay an established amount of compensation or benefits to a present or former employee, partner, director or trustee as a result of the voluntary or involuntary termination of the employment of that present or former employee, partner, director or trustee.

---

*Non-Admitted Jurisdiction* | **Non-admitted jurisdiction** means any jurisdiction where we are not licensed or permitted by law to issue insurance or are prevented by law or otherwise from investigating, settling or defending an **occurrence**, offense, negligent act, error, omission, claim or **suit**.

*Liability Insurance*

*Products–Completed Operations Liability Claims–Made For Life Sciences*

## Table Of Contents

| Section | Page No. |
|---|---|
| Coverages | 3 |
| Investigation, Defense And Settlements | 6 |
| Supplementary Payments | 6 |
| Coverage Territory | 7 |
| Who Is An Insured | 7 |
| Limits Of Insurance | 12 |
| Bodily Injury/Property Damage Exclusions | 13 |
| Human Clinical Trial Medical Expenses Exclusions | 20 |
| Extended Reporting Periods | 21 |
| Conditions | 23 |
| Definitions | 29 |

L I A B I L I T Y

C O N T R A C T

P R O D U C T S   C O M P L E T E D   O P S   L I A B I L I T Y

C L A I M S   M A D E   F O R   L I F E   S C I E N C E S

**Reference Copy**

*THIS PAGE INTENTIONALLY LEFT BLANK*

**Reference Copy**

*Products–Completed Operations Liability Claims–Made For Life Sciences*

## Contract

Please read the entire policy carefully. The terms and conditions of this insurance include the various sections of this contract: Coverages; Investigation, Defense And Settlements; Supplementary Payments; Coverage Territory; Who Is An Insured; Limits Of Insurance; Exclusions; Extended Reporting Periods; Conditions; and Definitions, as well as the Declarations, Common Policy Conditions and any Endorsements and Schedules made a part of this insurance.

Throughout this contract the words "you" and "your" refer to the Named **Insured** shown in the Declarations and other persons or organizations qualifying as a named **insured** under this contract. The words "we," "us" and "our" refer to the Company providing this insurance.

In addition to the named **insured**, other persons or organizations may qualify as **insureds**. Those persons or organizations and the conditions under which they qualify are identified in the Who Is An Insured section of this contract.

Words and phrases that appear in **bold** print have special meanings and are defined in the Definitions section of this contract.

THIS INSURANCE PROVIDES CLAIMS–MADE COVERAGE. EXCEPT AS OTHERWISE PROVIDED, SUCH COVERAGE APPLIES ONLY TO CLAIMS FIRST MADE AGAINST THE **INSURED** DURING THE POLICY PERIOD.

THIS INSURANCE APPLIES ONLY TO **BODILY INJURY** AND **PROPERTY DAMAGE** INCLUDED IN THE **PRODUCTS–COMPLETED OPERATIONS HAZARD**.

## Coverages

*Bodily Injury And Property Damage Products–Completed Operations Liability Coverage Claims–Made*

A.   Subject to all of the terms and conditions of this insurance, we will pay damages that the **insured** becomes legally obligated to pay by reason of liability:

1.   imposed by law; or

2.   assumed in an **insured contract**;

for **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies.

This coverage applies only to such **bodily injury** or **property damage** included in the **products–completed operations hazard**.

B.   This coverage applies only if:

1.   the **bodily injury** or **property damage** did not occur before the Retroactive Date shown in the Declarations or after the end of the policy period; and

2.   a claim by a person or organization for damages for the **bodily injury** or **property damage** is:

a.   first made against any **insured** during:

i.   the policy period; or

ii.   any Extended Reporting Period we provide, as described in the Extended Reporting Periods section of this contract; or

b.   made in accordance with the provisions of the condition titled Notice Of Circumstances.

---

## Coverages

*Bodily Injury And Property Damage Products-Completed Operations Liability Coverage Claims-Made (continued)*

C.   This coverage does not apply to any injury, damage, **occurrence**, claim, **suit** or other circumstance:

    1.   reported, in whole or in part, to us or any other insurer before the beginning of the policy period; or

    2.   **deemed known**, before the beginning of the policy period, that could reasonably be expected to result in any payment under this insurance; or

D.   For purposes of this coverage:

    1.   a claim by a person or organization for damages for the **bodily injury** or **property damage** will be deemed to have been made, when:

        a.   notice of such claim is received and recorded by:

            i.   any **insured**; or

            ii.   us; or

        b.   we, at our discretion, make a settlement;

        whichever comes first.

    2.   all claims made for damages for the **bodily injury** to the same person, including damages claimed by a person or organization for care, loss of services or death resulting at any time from the **bodily injury**, will be deemed to have been made at the time the first of such claims is made against any **insured**.

    3.   all claims made for damages for the **property damage** causing loss to the same person or organization will be deemed to have been made at the time the first of such claims is made against any **insured**.

The most we will pay hereunder is fixed as set forth in the Limits Of Insurance section of this contract.

Our obligations hereunder end when we have used up the applicable Limits Of Insurance.

Other than as provided under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract, we have no other obligation or liability to pay sums or perform acts or services under this coverage.

*Human Clinical Trial Medical Expenses Coverage*

Subject to all of the terms and conditions of this insurance, we will pay **medical expenses** for **bodily injury** caused by an accident to which this coverage applies in connection with your **human clinical trials**, to which this insurance applies, provided that such:

·   **bodily injury** is not excluded under any section of this contract;

·   accident occurs during the policy period;

·   expenses are incurred and reported to us within one year of the date of the accident; and

·   person who sustained the **bodily injury** submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

We will make these payments regardless of fault.

The most we will pay hereunder is fixed as set forth in the Limits Of Insurance section of this contract.

*Products–Completed Operations Liability Claims–Made
For Life Sciences*

## Coverages

**Human Clinical Trial
Medical Expenses
Coverage**
*(continued)*

Our obligations hereunder end when we have used up the applicable Limits Of Insurance.

We have no other obligation or liability under this coverage.

---

**Special Provisions
Applicable To A Human
Clinical Trial**

Subject to all of the terms and conditions of this insurance, this insurance applies to a **human clinical trial**, only if:

· the material tested is a **life science product**; and

· exposure to such material, upon or within human beings during such trial, did not first occur before the beginning of the policy period or Retroactive Date as applicable.

With respect to such **human clinical trial**:

A. this insurance applies only if the:

1. **insured** makes all filings that the **insured** is required to make under all applicable laws and regulations and receives all necessary authorizations in connection therewith;

2. trial is approved by the appropriate **institutional review board** or similar organization; and

3. **insured** has not recklessly or willfully violated or consented to any violation of any agreement, contract, law, procedure, protocol or regulation applicable to the conduct of the trial.

B. involving exposure to material, upon or within human beings during such a trial, that first occurs on or after the beginning of the policy period, provided the **insured** is the sponsor of the trial, or has assumed any obligation assigned to a sponsor under any applicable law or regulation, in connection with:

1. an Investigational New Drug Application or similar authorization that is required of any **insured**, for a new **drug**;

2. an Investigational Device Exemption Application or similar authorization that is required of any **insured**, for a new **device family**;

3. human beings who are **cognitively impaired**;

4. human beings who are pregnant;

5. human beings who are under 18 years of age;

6. planned Emergency Use Research testing; or

7. **prisoners**;

this insurance applies only if:

· you give us written notice describing the trial for which you are requesting coverage;

· we agree to issue an endorsement to provide coverage in connection with the trial, in accordance with the terms, conditions and additional premiums determined by us; and

· you accept such terms and conditions and pay such premiums promptly when due.

---

## Coverages

**Special Provisions Applicable To A Human Clinical Trial** *(continued)*

Subparagraph B. above does not apply to a trial that has been described to us by you in the application for this insurance, to the extent that we have agreed to provide coverage in connection with such trial.

---

**Investigation, Defense And Settlements**

Subject to all of the terms and conditions of this insurance, we will have the right and duty to defend the **insured** against a **suit**, even if such **suit** is false, fraudulent or groundless.

If such a **suit** is brought, we will pay reasonable attorney fees and necessary litigation expenses, that are **claim adjustment expenses**, to defend:

·     the **insured**; and

·     if applicable, the indemnitee of the **insured**, provided the obligation to defend, or the cost of the defense of, such indemnitee has been assumed by such **insured** in an **insured contract**.

We have no duty to defend any person or organization against any **suit** to which this insurance does not apply.

We may, at our discretion, investigate any **occurrence** and make any settlement, regardless of whether any claim has been made or **suit** has been brought.

The most we will pay hereunder is fixed as set forth in the Limits Of Insurance section of this contract.

Our obligations hereunder end when we have used up the applicable Limits Of Insurance.

---

**Supplementary Payments**

Subject to all of the terms and conditions of this insurance, we will pay, with respect to a claim we investigate or settle, or a **suit** against an **insured** we defend:

A.     **claim adjustment expenses**.

B.     reasonable expenses (other than **claim adjustment expenses**) incurred by the **insured** at our request to assist us in the investigation or defense of such claim or **suit**, including actual loss of earnings up to $1,000 a day because of time off from work.

C.     prejudgment interest awarded against the **insured** on that part of a judgment we pay. If we make an offer to pay the applicable Limit Of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

D.     interest on the full amount of a judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit Of Insurance.

Supplementary Payments does not include any fine or other penalty.

The most we will pay hereunder is fixed as set forth in the Limits Of Insurance section of this contract.

Our obligations hereunder end when we have used up the applicable Limits Of Insurance.

---

*Products—Completed Operations Liability Claims—Made For Life Sciences*

**Coverage Territory**

Subject to all of the terms and conditions of this insurance, this insurance:

A.    applies anywhere.

B.    does not apply to:

    1.    **bodily injury** or **property damage** that takes place outside the United States of America (including its possessions and territories), Canada and Puerto Rico, unless a **suit** on the merits (to determine the **insured**'s responsibility to pay damages, to which this insurance applies) is brought in the United States of America (including its possessions and territories), Canada or Puerto Rico.

    2.    any damages, loss, cost or expense in connection with any **suit** brought outside the United States of America (including its possessions and territories), Canada or Puerto Rico.

## Who Is An Insured

**Sole Proprietorships**

If you are an individual, you and your spouse are **insureds**; but you and your spouse are **insureds** only with respect to the conduct of a business of which you are the sole owner.

If you die:

·     persons or organizations having proper temporary custody of your property are **insureds**; but they are **insureds** only with respect to the maintenance or use of such property and only for acts until your legal representative has been appointed; and

·     your legal representatives are **insureds**; but they are **insureds** only with respect to their duties as your legal representatives. Such legal representatives will assume your rights and duties under this insurance.

**Partnerships Or Joint Ventures**

If you are a partnership (including a limited liability partnership) or a joint venture, you are an **insured**. Your members, your partners and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business.

**Limited Liability Companies**

If you are a limited liability company, you are an **insured**. Your members and their spouses are **insureds**; but they are **insureds** only with respect to the conduct of your business. Your managers are **insureds**; but they are **insureds** only with respect to their duties as your managers.

**Other Organizations**

If you are an organization (including a professional corporation) other than a partnership, joint venture or limited liability company, you are an **insured**. Your directors and **officers** are **insureds**; but they are **insureds** only with respect to their duties as your directors or **officers**. Your stockholders and their spouses are **insureds**; but they are **insureds** only with respect to their liability as your stockholders.

**Employees**

Your **employees** are **insureds**; but they are **insureds** only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. Voluntary participation in a **human clinical trial** will not be deemed to be within the scope of their employment or their performance of duties related to the conduct of your business.

## *Who Is An Insured*

**Employees**
*(continued)*

However, no **employee** is an **insured** for:

A.    **bodily injury**

1.   to you, to any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or to any co-**employee** while such injured person is either in the course of his or her employment or while performing duties related to the conduct of your business;

2.   to the brother, child, parent, sister or spouse of such injured person as a consequence of any injury described in subparagraph A.1. above; or

3.   for which there is any obligation to share damages with or repay someone else who must pay damages because of any injury described in subparagraphs A.1. or A.2. above.

This limitation does not apply to:

·    you or to your directors, managers, members, **officers**, partners or supervisors as **insureds**;

·    your **employees**, as **insureds**, with respect to such damages caused by cardiopulmonary resuscitation or other first aid services administered by such an **employee**.

B.    **property damage** to any property owned, occupied or used by you or by any of your directors, managers, members, **officers** or partners (whether or not an **employee**) or by any of your **employees**.

**Volunteers**

Persons who are volunteer workers for you are **insureds**; but they are **insureds** only for acts within the scope of their activities for you and at your direction. However, no such person is an **insured** in connection with their voluntary participation in a **human clinical trial**.

**Real Estate Managers**

Persons (other than your **employees**) or organizations acting as your real estate managers are **insureds**; but they are **insureds** only with respect to their duties as your real estate managers.

**Vendors**

Persons or organizations who are vendors of **your product** are **insureds**; but they are **insureds** only with respect to their liability for damages for **bodily injury** or **property damage** resulting from the distribution or sale of **your product** in the regular course of their business and only if this insurance applies to such products (included in the **products-completed operations hazard**).

However, no such person or organization is an **insured** with respect to any:

·    assumption of liability by them in a contract or agreement. This limitation does not apply to the liability for damages for **bodily injury** or **property damage** that such vendor would have in the absence of such contract or agreement;

·    representation or warranty unauthorized by you;

·    chemical or physical change in **your product** made intentionally by the vendor;

·    repackaging, unless unpacked solely for the purpose of inspection, demonstration or testing, or the substitution of parts under instruction from the manufacturer and then repacked in the original container;

**Products—Completed Operations Liability Claims—Made For Life Sciences**

## Who Is An Insured

**Vendors**
*(continued)*

· failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the distribution or sale of **your products**;

· demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of **your product**;

· of **your products** which, after distribution or sale by you, have been labeled or relabeled or used as a container, ingredient or part of any other thing or substance by or for the vendor; or

· rendering of or failure to render any **healthcare service** whether or not such service is ordinary to any **insured**'s profession and regardless of whether or not a claim or **suit** is brought by any client or other person or organization.

Further, no person or organization:

A.  from whom you have acquired **your product**, or any container, ingredient or part entering into, accompanying or containing **your product**;

B.  acting as a:

1.  **life science product sales contractor**;

2.  life science product service contractor; or

3.  human clinical trial contractor; or

C.  that dispenses, distributes, furnishes or sells a **life science product** to a provider of **healthcare service**;

is an **insured** under this provision.

**Subsidiary Or Newly Acquired Or Formed Organizations**

If there is no other insurance available, the following organizations will qualify as named **insureds**:

A.  a subsidiary organization of the first named **insured** shown in the Declarations of which, at the beginning of the policy period and at the time of loss, such first named **insured** controls, either directly or indirectly, more than 50 percent of the interests entitled to vote generally in the election of the governing body of such organization; or

B.  a subsidiary organization of the first named **insured** shown in the Declarations that such first named **insured** acquires or forms during the policy period, if at the time of loss such first named **insured** controls, either directly or indirectly, more than 50 percent of the interests entitled to vote generally in the election of the governing body of such organization. However, unless we agree to extend coverage for an additional period (in accordance with the provisions of paragraph C. under Limitations On Who Is An Insured), coverage under this provision is afforded only for **bodily injury** or **property damage** that did not occur later than:

· 90 days after such acquisition or formation is executed; or

· the end of the policy period;

whichever comes first.

*Who Is An Insured*
(continued)

*Human Clinical Trial Contractors*

Persons (other than your **employees**) or organizations acting as a **human clinical trial contractor** for you, pursuant to a written contract or agreement between you and such person or organization, are **insureds**; but they are **insureds** only:

A.   with respect to their liability for damages for **bodily injury** or **property damage** (included in the **products-completed operations hazard**) resulting from acts:

     1.   in connection with your **human clinical trial**, to which this insurance applies; and

     2.   in the regular course of their business; and

B.   if you are obligated, pursuant to such contract or agreement, to provide them with such insurance as is afforded by this policy.

However, no such person or organization is an **insured** with respect to any:

·   assumption of liability by them in a contract or agreement. This limitation does not apply to the liability for damages for injury or damage, to which this insurance applies, that the person or organization would have in the absence of such contract or agreement.

·   representation or warranty unauthorized by you.

·   chemical or physical change in **your product** made intentionally by the person or organization.

·   damages arising out of their sole negligence.

·   reckless or willful violation of any law or regulation.

Further, no person or organization from whom you have acquired **your product**, or any container, ingredient or part entering into, accompanying or containing **your product**, is an **insured** under this provision.

*Life Science Product Sales Contractors*

Persons (other than your **employees**) or organizations acting as a **life science product sales contractor** for you, pursuant to a written contract or agreement between you and such person or organization, are **insureds**; but they are **insureds** only:

A.   with respect to their liability for damages for **bodily injury** or **property damage** (included in the **products-completed operations hazard**) resulting from the dispensing, distribution, furnishing or sale of **your product**:

     1.   if **your product** is a **life science product**, to which this insurance applies; and

     2.   in the regular course of their business; and

B.   if you are obligated, pursuant to such contract or agreement, to provide them with such insurance as is afforded by this policy.

However, no such person or organization is an **insured** with respect to any:

·   assumption of liability by them in a contract or agreement. This limitation does not apply to the liability for damages for injury or damage, to which this insurance applies, that the person or organization would have in the absence of such contract or agreement.

·   representation or warranty unauthorized by you.

·   chemical or physical change in **your product** made intentionally by the person or organization.

·   damages arising out of their sole negligence.

*Products–Completed Operations Liability Claims–Made For Life Sciences*

## Who Is An Insured

**Life Science Product Sales Contractors**
*(continued)*

· reckless or willful violation of any law or regulation.

· rendering of or failure to render any **healthcare service** whether or not such service is ordinary to any **insured**'s profession and regardless of whether or not a claim or **suit** is brought by any client or other person or organization.

· of **your products** which, after distribution or sale by you, have been labeled or relabeled or used as a container, ingredient or part of any other substance or thing by or for the person or organization. This limitation does not apply to such relabeling of **your product** in the regular course of dispensing or furnishing the required amount or dosage of such product.

Further, no person or organization from whom you have acquired **your product**, or any container, ingredient or part entering into, accompanying or containing **your product**, is an **insured** under this provision.

**Life Science Product Service Contractors**

Persons (other than your **employees**) or organizations acting as a **life science product service contractor** for you, pursuant to a written contract or agreement between you and such person or organization, are **insureds**; but they are **insureds** only:

A.   with respect to their liability for damages for **bodily injury** or **property damage** resulting from acts:

    1.   within the scope of your **life science product service**, to which this insurance applies; and

    2.   in the regular course of their business; and

B.   if you are obligated, pursuant to such contract or agreement, to provide them with such insurance as is afforded by this policy.

However, no such person or organization is an **insured** with respect to any:

· assumption of liability by them in a contract or agreement. This limitation does not apply to the liability for damages for injury or damage, to which this insurance applies, that the person or organization would have in the absence of such contract or agreement.

· representation or warranty unauthorized by you.

· chemical or physical change in **your product** made intentionally by the person or organization.

· damages arising out of their sole negligence.

· reckless or willful violation of any law or regulation.

· rendering of or failure to render any **healthcare service** whether or not such service is ordinary to any **insured**'s profession and regardless of whether or not a claim or **suit** is brought by any client or other person or organization.

Further, no person or organization from whom you have acquired **your product**, or any container, ingredient or part entering into, accompanying or containing **your product**, is an **insured** under this provision.

**Reference Copy**

## Who Is An Insured
(continued)

*Limitations On Who Is An Insured*

A. Except to the extent provided under the Subsidiary Or Newly Acquired Or Formed Organizations provision above, no person or organization is an **insured** with respect to the conduct of any person or organization that is not shown as a named **insured** in the Declarations.

B. No person or organization is an **insured** with respect to the:

1. ownership, maintenance or use of any assets; or

2. conduct of any person or organization whose assets, business or organization;

you acquire, either directly or indirectly, for any **bodily injury** or **property damage** that occurred, in whole or in part, before such acquisition is executed.

C. No person or organization is an **insured** with respect to the:

1. ownership, maintenance or use of any assets you acquire;

2. conduct of any person or organization whose assets, business or organization you acquire; or

3. conduct of any organization you form;

during the policy period, either directly or indirectly, for any **bodily injury** or **property damage** that occurs later than:

· 90 days after such acquisition or formation is executed; or

· the end of the policy period;

whichever comes first, unless:

· you give us written notice describing the acquisition or formation for which you are requesting an extension of coverage for an additional period;

· we agree to issue an endorsement to extend coverage for an additional period (up to the end of the policy period) in connection with the acquisition or formation, in accordance with the terms, conditions and additional premiums determined by us; and

· you accept such terms and conditions and pay such premiums promptly when due.

## Limits Of Insurance

The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of:

· **insureds**;

· claims made or **suits** brought; or

· persons or organizations making claims or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

*Products–Completed Operations Liability Claims–Made For Life Sciences*

### Limits Of Insurance
(continued)

| | |
|---|---|
| **Products–Completed Operations Aggregate Limit** | Subject to the Each Occurrence Limit, the Products–Completed Operations Aggregate Limit is the most we will pay for the sum of damages for **bodily injury** and **property damage** included in the **products-completed operations hazard**. |
| **Human Clinical Trial Medical Expenses Aggregate Limit** | Subject to the Human Clinical Trial Medical Expenses Each Person Limit, the Human Clinical Trial Medical Expenses Aggregate Limit is the most we will pay for the sum of **medical expenses**, under Human Clinical Trial Medical Expenses Coverage. |
| **Each Occurrence Limit** | The Each Occurrence Limit is the most we will pay for the sum of: |

> ·   damages for **bodily injury** and **property damage**; and
>
> ·   **medical expenses**;

arising out of any one **occurrence**.

Any such sums we pay for such damages will reduce the amount of the applicable aggregate limit for any other payment.

If the applicable aggregate limit has been reduced to an amount that is less than the Each Occurrence Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

| | |
|---|---|
| **Human Clinical Trial Medical Expenses Each Person Limit** | Subject to the Each Occurrence Limit, the Human Clinical Trial Medical Expenses Each Person Limit is the most we will pay for the sum of **medical expenses**, under Human Clinical Trial Medical Expenses Coverage, for **bodily injury** sustained by any one person. |

Any such sums we pay will reduce the amount of the applicable aggregate limit available for any other payment.

If the applicable aggregate limit has been reduced to an amount that is less than the Human Clinical Trial Medical Expenses Each Person Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

| | |
|---|---|
| **Payments That Reduce The Limits Of Insurance** | Any damages or **medical expenses** we pay will reduce the Limits Of Insurance. |

Payments we make under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract will not reduce the Limits Of Insurance.

### Bodily Injury/Property Damage Exclusions

| | |
|---|---|
| **Abuse Or Molestation** | This insurance does not apply to **bodily injury** or **property damage** arising out of any: |

A.   actual or threatened abuse or molestation, by anyone, of any person while in the care, control or custody of any **insured**; or

## Bodily Injury/Property Damage Exclusions

**Abuse Or Molestation**
*(continued)*

B.   retention, employment, investigation or supervision, or reporting to or failure to report to the proper authorities, of a person for whom any **insured** is or ever was legally responsible and whose conduct would be excluded in subparagraph A. above.

**Alcoholic Beverage Type Businesses**

This insurance does not apply to **bodily injury** or **property damage** for which any **insured** may be held liable by reason of:

- causing or contributing to the intoxication of any person;
- furnishing alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or
- any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**Asbestos**

A.   This insurance does not apply to **bodily injury** or **property damage** arising out of the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of **asbestos**.

B.   This insurance does not apply to any loss, cost or expense arising out of any:

1.   request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **asbestos**; or

2.   claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **asbestos**.

**Contracts, Bodily Injury Or Property Damage**

This insurance does not apply to **bodily injury** or **property damage** for which the **insured** is obligated to pay damages by reason of assumption of liability in a contract or agreement.

This exclusion does not apply to the liability for damages:

- that such **insured** would have in the absence of such contract or agreement; or
- assumed in an oral or written contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage**, to which this insurance applies, occurs after the execution of such contract or agreement.

**Damage To Alienated Premises**

This insurance does not apply to **property damage** to any premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises.

This exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

## Products—Completed Operations Liability Claims—Made For Life Sciences

### *Bodily Injury/Property Damage Exclusions*
*(continued)*

| | |
|---|---|
| **Damage To Impaired Property Or Property Not Physically Injured** | This insurance does not apply to **property damage** to: |

- **impaired property**; or
- property that has not been physically injured;

arising out of any:

- defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or
- delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms and conditions.

This exclusion does not apply to the loss of use of other tangible property resulting from sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

---

**Damage To Owned Property**

This insurance does not apply to **property damage** to any property owned by you.

---

**Damage To Various Property Of Others (Care, Control Or Custody)**

This insurance does not apply to **property damage** to any:

- personal property loaned or rented to you;
- property held by you or on your behalf for sale or entrusted to you for safekeeping or storage;
- property on your premises for purposes of performing operations on such property by you or on your behalf;
- tools or equipment used by you or on your behalf in performing operations; or
- property in your care, control or custody that will be erected, installed or used in construction operations by you or on your behalf.

This exclusion does not apply to the liability for damages assumed in a sidetrack agreement.

---

**Damage To Your Product**

This insurance does not apply to **property damage** to **your product** arising out of it or any part of it.

---

**Damage To Your Work**

This insurance does not apply to **property damage** to **your work** arising out of it or any part of it.

This exclusion does not apply if the damaged work or the work causing the damage was performed on your behalf by a subcontractor.

---

**Employer's Liability**

A.   This insurance does not apply to **bodily injury** to an **employee** of the **insured** arising out of and in the course of:

1.   employment by the **insured**; or
2.   performing duties related to the conduct of the **insured**'s business.

---

***Bodily Injury/Property Damage Exclusions***

**Employer's Liability (continued)**

B.    This insurance does not apply to **bodily injury** to the brother, child, parent, sister or spouse of such **employee** as a consequence of any injury described in paragraph A. above.

Voluntary participation in a **human clinical trial** will not be deemed to be within the course of employment or performance of duties as described in paragraph A. above.

This exclusion applies:

·    whether the **insured** may be liable as an employer or in any other capacity; and

·    to any obligation to share damages with or repay someone else who must pay damages because of any injury described in paragraphs A. or B. above.

This exclusion does not apply to the liability for damages assumed by the **insured** in an **insured contract**.

---

**Employment-Related Practices**

A.    This insurance does not apply to any damages sustained at any time by any person, whether or not sustained in the course of employment by any **insured**, arising out of any employment–related act, omission, policy, practice or representation directed at such person, occurring in whole or in part at any time, including any:

1.    arrest, detention or imprisonment;

2.    breach of any express or implied covenant;

3.    coercion, criticism, humiliation, prosecution or retaliation;

4.    defamation or disparagement;

5.    demotion, discipline, evaluation or reassignment;

6.    discrimination, harassment or segregation;

7.    a.    eviction; or

      b.    invasion or other violation of any right of occupancy;

8.    failure or refusal to advance, compensate, employ or promote;

9.    invasion or other violation of any right of privacy or publicity;

10.    termination of employment; or

11.    other employment–related act, omission, policy, practice, representation or relationship in connection with any **insured** at any time.

B.    This insurance does not apply to any damages sustained at any time by the brother, child, parent, sister or spouse of such person at whom any employment–related act, omission, policy, practice or representation is directed, as described in paragraph A. above, as a consequence thereof.

This exclusion applies:

·    whether the **insured** may be liable as an employer or in any other capacity; and

·    to any obligation to share damages with or repay someone else who must pay damages because of any of the foregoing.

---

*Products—Completed Operations Liability Claims—Made For Life Sciences*

## Bodily Injury/Property Damage Exclusions
(continued)

### Enhancement, Maintenance Or Prevention Expenses

This insurance does not apply to any loss, cost or expense incurred by you or others for any:

A.    enhancement or maintenance of any property; or

B.    prevention of any injury or damage to any:

    1.    person or organization; or

    2.    property you own, rent or occupy.

### Expected Or Intended Bodily Injury Or Property Damage

This insurance does not apply to **bodily injury** or **property damage** arising out of an act that:

·    is intended by the **insured**; or

·    would be expected from the standpoint of a reasonable person in the circumstances of the **insured**;

to cause **bodily injury** or **property damage**, even if the actual **bodily injury** or **property damage** is of a different degree or type than intended or expected.

This exclusion does not apply to **bodily injury** or **property damage** resulting from the use of reasonable force to protect persons or tangible property.

### Healthcare Or Other Professional Services

This insurance does not apply to **bodily injury** or **property damage** arising out of the rendering of or failure to render any:

A.    **healthcare service**; or

B.    other professional service, advice or instruction;

whether or not such service, advice or instruction is ordinary to any **insured**'s profession and regardless of whether or not a claim or **suit** is brought by any client or any other person or organization.

Subparagraph A. above does not apply to:

·    **bodily injury** caused by a defect, deficiency, inadequacy or dangerous condition in **your product**;

·    **bodily injury** caused by cardiopulmonary resuscitation or other first aid services (other than in connection with a **human clinical trial**);

·    **bodily injury** resulting from the service provided within the scope of and in accordance with the applicable written protocol of a **human clinical trial**, in connection with a **human clinical trial**; or

·    Human Clinical Trial Medical Expenses Coverage;

to which this insurance applies.

### Institutional Review Boards

This insurance does not apply to **bodily injury** or **property damage** arising out of the activities of any **institutional review board**.

***Bodily Injury/Property Damage Exclusions***
*(continued)*

*Intellectual Property Laws Or Rights*

This insurance does not apply to any actual or alleged **bodily injury** or **property damage** arising out of, giving rise to or in any way related to any actual or alleged:

· assertion; or

· infringement or violation;

by any person or organization (including any **insured**) of any **intellectual property law or right**, regardless of whether this insurance would otherwise apply to all or part of any such actual or alleged injury or damage in the absence of any such actual or alleged assertion, infringement or violation.

*Nuclear Energy*

A.   This insurance does not apply to **bodily injury** or **nuclear property damage**:

1.   with respect to which any **insured** under this policy also has status as an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would have had status as an insured under any such policy but for its termination upon exhaustion of its limit of insurance; or

2.   arising out of the **nuclear hazardous properties** of **nuclear material** and with respect to which:

   a.   any person or organization is required to maintain financial protection pursuant to the United States of America Atomic Energy Act of 1954, or any law amendatory thereof; or

   b.   the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.   This insurance does not apply to **bodily injury** or **nuclear property damage** arising out of the **nuclear hazardous properties** of **nuclear material**:

1.   if the **nuclear material**:

   a.   is at any **nuclear facility** owned by, or operated by or on behalf of, any **insured**;

   b.   has been discharged or dispersed therefrom; or

   c.   is contained in **nuclear spent fuel** or **nuclear waste** at any time transported, handled, stored, disposed of, processed, treated, possessed or used by or on behalf of any **insured**; or

2.   in any way related to the furnishing by any **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**. But if such facility is located within the United States of America (including its possessions or territories) or Canada, this subparagraph 2. applies only to **nuclear property damage** to such **nuclear facility** and any property threat.

*Products–Completed Operations Liability Claims–Made For Life Sciences*

*Bodily Injury/Property Damage Exclusions*
(continued)

*Pollution*

**A.**   This insurance does not apply to **bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

1.   at or from any premises, site or location which is or was at any time owned or occupied by, or loaned or rented to, any **insured**;

2.   at or from any premises, site or location which is or was at any time used by or for any **insured** or others for the handling, storage, disposal, processing or treatment of waste;

3.   which are or were at any time transported, handled, stored, disposed of, processed or treated as waste by or for any:

   a.   **insured**; or

   b.   person or organization for whom any **insured** may be legally responsible; or

4.   at or from any premises, site or location on which any **insured** or any contractor or subcontractor working directly or indirectly on any **insured**'s behalf is monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **pollutants**.

**B.**   This insurance does not apply to any loss, cost or expense arising out of any:

1.   request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**; or

2.   claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **pollutants**.

Paragraph B. above does not apply to the liability for damages, for **property damage**, that the **insured** would have in the absence of such request, demand, order or regulatory or statutory requirement, or such claim or proceeding by or on behalf of a governmental authority.

This exclusion applies regardless of whether or not the pollution was accidental, expected, gradual, intended, preventable or sudden.

*Progressions Of Known Bodily Injury Or Property Damage*

This insurance does not apply to **bodily injury** or **property damage** that is a change, continuation or resumption of any injury or damage **deemed known**, before the beginning of the policy period, to have occurred.

*Recall Of Products, Work Or Impaired Property*

This insurance does not apply to any damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

·   **your product**;

·   **your work**; or

Case 2:15-cv-00393-SVW-PJW   Document 10-2   Filed 01/21/15   Page 44 of 123   Page ID #:345


## Bodily Injury/Property Damage Exclusions

### Recall Of Products, Work Or Impaired Property (continued)

· **impaired property;**

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

### Unapproved Goods Or Products

This insurance does not apply to **bodily injury** or **property damage** arising out of the actual, alleged or threatened hazardous properties of goods or products:

A.  declared unsafe by any governmental or regulatory authority on the basis of such hazardous properties, regardless of whether such goods or products were declared unsafe before or after:

    1.  the goods or products were disposed of, distributed, handled, manufactured or sold; or

    2.  such damages were incurred; or

B.  disposed of, distributed, handled, manufactured or sold without approval by the applicable governmental or regulatory authority.

Subparagraph A. above does not apply to **your product**, to which this insurance applies, if such good or product was disposed of, distributed, handled, manufactured and sold before it was declared unsafe, provided it was not declared unsafe before the beginning of the policy period.

### Unapproved Human Clinical Trials

This insurance does not apply to **bodily injury** or **property damage** in connection with any **human clinical trial**, if such injury or damage arises out of any unapproved exposure to material, upon or within human beings during such a trial, that occurs after:

·  a hold has been placed on the trial;

·  approval of an Investigational New Drug Application, Investigational Device Exception Application or similar authorization applicable to the trial has been withdrawn; or

·  the trial has been ordered to be discontinued;

by any governmental or regulatory authority having jurisdiction.

### Workers' Compensation Or Similar Laws

This insurance does not apply to any obligation of the **insured** under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

## Human Clinical Trial Medical Expenses Exclusions

### Athletic Activities

This insurance does not apply to **medical expenses** arising out of **bodily injury** to any person while taking part in athletics, unless such injury results from participation in a **human clinical trial**, to which this insurance applies.

*Liability Insurance*

**Reference Copy**

Form 80-02-2085 (Rev. 8-04)    Contract

Page 20 of 40

*Products–Completed Operations Liability Claims–Made For Life Sciences*

### *Human Clinical Trial Medical Expenses Exclusions*
*(continued)*

*Injury To Insureds*

This insurance does not apply to **medical expenses** arising out of **bodily injury** to any **insured**, except a:

·   person who is otherwise your **employee**, if such injury results from voluntary participation in; or

·   volunteer worker, if such injury results from;

a **human clinical trial**, to which this insurance applies.

*Nuclear Energy*

This insurance does not apply to **medical expenses** arising out of **bodily injury** in any way related to the:

·   **nuclear hazardous properties** of **nuclear material**; and

·   operation of a **nuclear facility** by any person or organization.

*Products–Completed Operations Hazard*

This insurance does not apply to **medical expenses** arising out of **bodily injury** included in the **products–completed operations hazard**.

This exclusion does not apply to **medical expenses** resulting from **bodily injury** in connection with a **human clinical trial**, to which this insurance applies, as described in subparagraph C.1. of the definition titled **products–completed operations hazard**.

*Workers' Compensation Or Similar Laws*

This insurance does not apply to **medical expenses** arising out of **bodily injury** to any person, whether or not an **employee** of any **insured**, if benefits for such **bodily injury** are payable or must be provided under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

### *Extended Reporting Periods*

*When Extended Reporting Periods Apply*

We will automatically provide a Basic Extended Reporting Period and, if you purchase it, a Supplemental Extended Reporting Period, if:

A.   this insurance is canceled or not renewed; or

B.   we renew or replace this insurance with other insurance that:

1.   has a Retroactive Date later than the Retroactive Date shown in the Declarations for this insurance; or

2.   does not apply on a claims–made basis.

| *How Extended Reporting Periods Apply* | Extended Reporting Periods: |
|---|---|

**Extended Reporting Periods**

A. apply only to claims for damages for **bodily injury** or **property damage** that did not occur before the Retroactive Date shown in the Declarations or after the end of the policy period.

*How Extended Reporting Periods Apply (continued)*

B. do not:

   1. extend the policy period or change the scope of coverage provided;

   2. reinstate or increase the Limits Of Insurance; or

   3. apply to any injury, damage, **occurrence**, claim, **suit** or other circumstance reported, in whole or in part, to us or any other insurer before the beginning of the applicable Extended Reporting Period.

C. may not be canceled once in effect.

*Basic Extended Reporting Period*

A Basic Extended Reporting Period is automatically provided. This period begins with the end of the policy period and lasts no longer than:

A. five years with respect to claims first made against any **insured** resulting from **occurrences** reported to us, not later than 60 days after the end of the policy period, in accordance with paragraphs A. and B. of the condition titled Duties In The Event Of Occurrence, Claim Or Suit.

B. 60 days with respect to claims first made against any **insured** resulting from an **occurrence** not reported to us in accordance with paragraph A. above.

Such claims will be deemed to have been made during the policy period.

The Basic Extended Reporting Period does not apply to any claim that is covered under any other insurance (including any subsequent insurance you purchase), or that would be covered, but for exhaustion of the amount of insurance otherwise applicable to such claim.

*Supplemental Extended Reporting Period*

A Supplemental Extended Reporting Period is available, but only by an endorsement and for an additional premium, subject to the following provisions.

If purchased, this period begins with the end of the Basic Extended Reporting Period and lasts up to an unlimited time.

Claims actually first made during this Supplemental Extended Reporting Period will be deemed to have been made during the policy period.

You must give us a written request to purchase a Supplemental Extended Reporting Period within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium for the Supplemental Extended Reporting Period Endorsement in accordance with our rules and rates. The additional premium will not exceed 200 percent of the annual premium for this insurance.

The Supplemental Extended Reporting Period Endorsement will set forth the terms and conditions, not inconsistent with this section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded is excess over any other valid and collectible insurance available under insurance in force after the Supplemental Extended Reporting Period begins.

*Products-Completed Operations Liability Claims-Made For Life Sciences*

## Conditions

**Adverse Events Reporting**

Reporting an **adverse event** to us, another insurer or a governmental or regulatory authority, in itself, does not constitute:

- a conclusion that **your product** caused or contributed to such event;
- an admission or assumption of liability;
- a notice as described under the condition titled Notice Of Circumstances;
- knowledge of a circumstance that would be expected to result in payment under this insurance; or
- that injury or damage was expected or intended.

**Arbitration**

We are entitled to exercise all of the **insured**'s rights in the choice of arbitrators and in the conduct of any arbitration proceeding, except when the proceeding is between us and the **insured**.

**Bankruptcy**

Bankruptcy or insolvency of the **insured** or of the **insured**'s estate will not relieve us of our obligations under this insurance.

**Disclosures And Representations**

We have issued this insurance:

- based upon representations you made to us; and
- in reliance upon your representations.

Unintentional failure of an **employee** of the **insured** to disclose a hazard or other material information will not violate this condition, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such hazard or other material information.

**Duties In The Event Of Occurrence, Claim Or Suit**

A.  You must see to it that we and any other insurers are notified as soon as practicable of any **occurrence** that may result in a claim, if the claim may involve us or such other insurers. To the extent possible, notice should include:

1.  how, when and where the **occurrence** happened;
2.  the names and addresses of any injured persons and witnesses; and
3.  the nature and location of any injury or damage arising out of the **occurrence**.

Notice of an **occurrence** is not notice of a claim.

B.  If a claim is made or **suit** is brought against any **insured**, you must:

1.  immediately record the specifics of the claim or **suit** and the date received;
2.  notify us and other insurers as soon as practicable; and
3.  see to it that we receive written notice of the claim or **suit** as soon as practicable.

C.  You and any other involved **insured** must:

1.  immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;
2.  authorize us to obtain records and other information;

## Conditions

**Duties In The Event Of Occurrence, Claim Or Suit**
*(continued)*

3.   cooperate with us and other insurers in the:

a.   investigation or settlement of the claim; or

b.   defense against the **suit**; and

4.   assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the **insured** because of loss to which this insurance may also apply.

D.   No **insured** will, except at that **insured**'s own cost, make any payment, assume any obligation or incur any expense, other than for first aid, without our consent.

E.   Knowledge of an **occurrence** by an agent or **employee** of the **insured** will not constitute knowledge by the **insured**, unless an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee knows about such **occurrence**.

F.   Failure of an agent or **employee** of the **insured**, other than an **officer** (whether or not an **employee**) of any **insured** or an **officer**'s designee, to notify us of an **occurrence** that such person knows about will not affect the insurance afforded to you.

**Legal Action Against Us**

No person or organization has a right under this insurance to:

·   join us as a party or otherwise bring us into a **suit** seeking damages from an **insured**; or

·   sue us on this insurance unless all of the terms and conditions of this insurance have been fully complied with.

A person or organization may sue us to recover on an **agreed settlement** or on a final judgment against an **insured** obtained after an actual:

·   trial in a civil proceeding; or

·   arbitration or other alternative dispute resolution proceeding;

but we will not be liable for damages that are not payable under the terms and conditions of this insurance or that are in excess of the applicable Limits Of Insurance.

**Notice Of Circumstances**

A.   If, prior to the end of the policy period, you become aware of a circumstance that has resulted or could result in injury or damage, to which this insurance applies, a claim for damages for such injury or damage will be deemed to have been made during the policy period, provided:

1.   you see to it that we receive written notice of such circumstance as soon as practicable and during the policy period; and

2.   such claim is actually first made against any **insured** before the later of the end of:

a.   the policy period of this insurance;

b.   the policy period of a subsequent, continuous renewal or replacement of this insurance, that is issued to you by us or by an affiliate of ours; or

c.   any extended reporting period exercised under the insurance described in subparagraph A.2.a. or A.2.b. above.

Notification must be in accordance with paragraphs A. and B. of the condition titled Duties In The Event Of Occurrence, Claim Or Suit.

*Products—Completed Operations Liability Claims-Made*
*For Life Sciences*

## Conditions

**Notice Of Circumstances**
**(continued)**

B.   Coverage hereunder:

    1.   applies only to claims for damages for **bodily injury** or **property damage** that did not occur before the Retroactive Date shown in the Declarations or after the end of the policy period.

    2.   does not:

        a.   extend the policy period or change the scope of coverage provided;

        b.   reinstate or increase the Limits Of Insurance; or

        c.   apply to any:

            i.   injury, damage, **occurrence**, claim, **suit** or other circumstance reported, in whole or in part, to us or any other insurer before the beginning of the policy period; or

            ii.   claim that is covered under any other insurance (including any subsequent insurance you purchase), or that would be covered, but for exhaustion of the amount of insurance otherwise applicable to such claim.

**Other Insurance**

If other valid and collectible insurance is available to the **insured** for loss we would otherwise cover under this insurance, our obligations are limited as follows.

*Primary Insurance*

This insurance is primary except when the Excess Insurance provision described below applies.

If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in the Method of Sharing provision described below.

*Excess Insurance*

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis:

A.   that is insurance:

    1.   provided to you by any person or organization working under contract or agreement for you.

    2.   under which you are included as an insured.

B.   of any kind, that applies to **medical expenses** in connection with a **human clinical trial**, regardless of whether such insurance is provided to any:

    1.   **insured**;

    2.   human being participating in such trial; or

    3.   other person or organization.

C.   that is effective prior to the beginning of the policy period shown in the Declarations of this insurance and applies on other than a claims-made basis, if:

    1.   no Retroactive Date is shown in the Declarations of this insurance.

## Conditions

| | |
|---|---|
| *Other Insurance*<br>*(continued)* | 2.   the other insurance has a policy period which continues after the Retroactive Date shown in the Declarations of this insurance. |

When this insurance is excess, we will have no duty to defend the **insured** against any **suit** if any other insurer has a duty to defend such **insured** against such **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the **insured**'s rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of the total:

- amount that all other insurance would pay for loss in the absence of this insurance; and

- of all deductible and self-insured amounts under all other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not negotiated specifically to apply in excess of the Limits Of Insurance shown in the Declarations of this insurance.

### Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this method each insurer contributes equal amounts until it has paid its applicable limits of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

---

**Premium Audit**

We will compute all premiums for this insurance in accordance with our rules and rates.

In accordance with the Estimated Premiums section of the Premium Summary, premiums shown with an asterisk (*) are estimated premiums and are subject to audit.

In addition to or in lieu of such designation in the Premium Summary, premiums may be designated as estimated premiums elsewhere in this policy. In that case, these premiums will also be subject to audit, and the second paragraph of the Estimated Premiums section of the Premium Summary will apply.

---

**Separation Of Insureds**

Except with respect to the Limits Of Insurance, and any rights or duties specifically assigned in this insurance to the first named **insured**, this insurance applies:

- as if each named **insured** were the only named **insured**; and

- separately to each **insured** against whom claim is made or **suit** is brought.

---

**Transfer Or Waiver Of Rights Of Recovery Against Others**

We will waive the right of recovery we would otherwise have had against another person or organization, for loss, to which this insurance applies, provided the **insured** has waived their rights of recovery against such person or organization in a contract or agreement that is executed before such loss.

---

*Products—Completed Operations Liability Claims-Made For Life Sciences*

## Conditions

**Transfer Or Waiver Of Rights Of Recovery Against Others**
*(continued)*

To the extent that the **insured**'s rights to recover all or part of any payment made under this insurance have not been waived, those rights are transferred to us. The **insured** must do nothing after loss to impair them. At our request, the **insured** will bring suit or transfer those rights to us and help us enforce them.

**Your Right To Claim Information**

We will provide the first named **insured** shown in the Declarations the following information relating to this and any preceding coverage we have issued to you during the previous three years:

· a list or other record of each **occurrence**, not previously reported to any other insurer, of which we were notified in accordance with the Duties In The Event Of Occurrence, Claim Or Suit condition of this contract. We will include the date and brief description of the **occurrence** if that information was in the notice we received.

· a summary by policy year, of payments made and amounts reserved, stated separately, under any applicable aggregate limit.

Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values. You must not disclose this information to any claimant or any claimant's representative without our consent.

We will provide this information only if we receive a written request from the first named **insured** within 60 days after the end of the policy period. Then, we will provide this information within 45 days of receipt of the request.

We compile claim information for our own business purposes and exercise reasonable care in doing so. In providing this information to the first named **insured**, we make no representations or warranties to any **insured**, insurer or others to whom this information is furnished by or on behalf of any **insured**. Cancellation or nonrenewal will be effective even if we inadvertently provide inaccurate information.

**Reference Copy**

*THIS PAGE INTENTIONALLY LEFT BLANK*

*Products–Completed Operations Liability Claims–Made For Life Sciences*

| | |
|---|---|
| *Definitions* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Adverse Event*

**Adverse event** includes any:

A.  outcome of the following types, regardless of whether or not such outcome is expected or intended:

1. congenital anomaly or birth defect;
2. death;
3. disability or incapacity;
4. hospitalization; or
5. life threatening disease, injury or sickness;

of any person;

B.  intervention to prevent any outcome described in subparagraph A. above;

C.  malfunction of **your product** that may give rise to any outcome described in subparagraphs A. or B. above; or

D.  condition that may give rise to any outcome described in subparagraphs A., B. or C. above, requiring notification to a governmental or regulatory authority.

*Agreed Settlement*

**Agreed settlement** means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

*Asbestos*

**Asbestos** means asbestos in any form, including its presence or use in any alloy, by-product or other material or waste. Waste includes material to be recycled, reconditioned or reclaimed.

*Auto*

**Auto** means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But **auto** does not include **mobile equipment**.

*Bodily Injury*

**Bodily injury** means physical:

·  injury;

·  sickness; or

·  disease;

sustained by a person, including resulting death, humiliation, mental anguish, mental injury or shock at any time. All such loss shall be deemed to occur at the time of the physical injury, sickness or disease that caused it.

| | |
|---|---|
| **Definitions**<br>*(continued)* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Claim Adjustment Expenses*

**Claim adjustment expenses:**

A.   means:

    1.   reasonable attorney and paralegal fees and salaries (including those of attorneys and paralegals who are our **employees**).

    2.   reasonable expenses relating to a **suit**, to which this insurance applies, including the cost of expert witnesses, transcripts, court reporters, research reports and depositions.

    3.   the cost of:

        a.   bail bonds; or

        b.   bonds required to:

            i.   appeal judgements; or

            ii.   release attachments;

        but only for:

        ·   bonds in connection with a **suit**, to which this insurance applies; and

        ·   bond amounts within the available Limits Of Insurance.

        We do not have to furnish these bonds.

    4.   costs taxed against the **insured** in a **suit**, to which this insurance applies.

    5.   the reasonable cost and expense of any investigation that we undertake at our discretion after receiving notice from you or any other person or organization, regardless of whether such notice constitutes a claim or **suit**.

    6.   other reasonable expenses that we allocate to a specific claim or **suit**.

B.   does not include:

    1.   a.   any attorney fees or litigation expenses; or

        b.   any other loss, cost or expense;

    in connection with any injunction or other equitable relief.

    2.   any fine or other penalty.

    3.   the salaries or expenses of our **employees** (other than those described in subparagraph A.1. above) or any salaries or expenses of any **insured's employees** or directors, managers, members, officers, partners or workers (whether or not an **employee**).

*Cognitively Impaired*

**Cognitively impaired** means suffering from any:

·   alcohol or drug dependency;

·   degenerative disease affecting the brain;

·   dementia or other similar disorder;

·   disabling physical handicap;

·   mental retardation or other similar disorder;

·   neurosis, psychosis or other similar disorder;

*Products—Completed Operations Liability Claims-Made For Life Sciences*

| | |
|---|---|
| *Definitions* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Cognitively Impaired (continued)*

· terminal physical illness; or

· other condition, disease, injury or sickness;

that diminishes a human being's capacity for judgment or reasoning.

---

*Cosmetic*

**Cosmetic** means an article that is intended to be applied to the human body for altering appearance, beautifying, cleansing or promoting attractiveness.

---

*Deemed Known*

**Deemed known** means known by, or that should have been known from the standpoint of a reasonable person in the circumstances of:

· you; or

· any of your directors, managers, members, **officers** or partners (whether or not an **employee**). **Officer** will be deemed to include an **officer**'s designee.

Such injury, damage, **occurrence**, claim, **suit** or circumstance, as applicable, will be **deemed known** at the earliest time when any such person described above:

A. reports all, or any part, of the injury, damage, **occurrence**, claim, **suit** or circumstance to us or any other insurer;

B. receives a claim for damages in connection with the injury, damage, **occurrence** or circumstance; or

C. becomes aware:

    1. that the injury or damage has occurred or has begun to occur; or

    2. of any actual, alleged or threatened injury, damage, **occurrence**, claim or **suit** in connection with the circumstance.

---

*Device Family*

**Device family** means a **medical device** or a group of such devices manufactured by or for the same organization and having the same basic design and performance characteristics and intended function and use.

---

*Dietary Supplement*

**Dietary supplement** means a good or product, other than conventional food, that is or includes:

· an amino acid, herb or other botanical, mineral, vitamin or other similar substance; or

· a combination, concentrate, constituent, extract or metabolite of the substances described above;

which is intended to supplement the diet of human beings.

---

*Drug*

**Drug** means a biologic or synthetic article, other than conventional food, that is intended to achieve a chemical action upon or within the human body:

A. for use in the cure, diagnosis, mitigation, prevention or treatment of disease, injury or sickness in human beings;

---

| | |
|---|---|
| *Definitions* | B.    to affect any function or structure of the human body; or |
| | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |
| *Drug* *(continued)* | C.    that is recognized as such in the official: |

1. *Homeopathic Pharmacopoeia*;

2. *National Formulary*;

3. *United States Pharmacopoeia*; or

4. supplements to any of these.

---

*Employee*

**Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

---

*Healthcare Service*

**Healthcare service** means any:

· cosmetic service, advice, instruction or treatment;

· dental, medical, nursing, physiotherapy, surgical or x-ray service, advice, instruction or treatment;

· handling or treatment of dead bodies, including autopsies, organ donations or other procedures;

· health or therapeutic service, advice, instruction or treatment; or

· related dispensing or furnishing of any beverages or food, or any **life science product** or other dental, medical or surgical appliances or supplies.

---

*Human Clinical Trial*

**Human clinical trial**:

A.    means testing of material upon or within human beings to establish the effectiveness or safety of such material.

B.    includes:

1. the providing of the information necessary to obtain the informed consent of human beings to participate in such testing; and

2. other activities in connection with the testing.

---

*Human Clinical Trial Contractor*

**Human clinical trial contractor** means a person or organization engaged to provide service, advice or instruction in connection with:

A.    1.    clinical;

2. laboratory; or

3. research;

testing activities, within the scope of and in accordance with the applicable written protocol; or

B.    the planning, monitoring or review;

of a **human clinical trial**.

---

*Products−Completed Operations Liability Claims−Made For Life Sciences*

| | |
|---|---|
| *Definitions*<br>(continued) | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Impaired Property*

**Impaired property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

·    it incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

·    you have failed to fulfill the terms or conditions of a contract or agreement;

if such property can be restored to use by:

·    the repair, replacement, adjustment or removal of **your product** or **your work**; or

·    your fulfilling the terms or conditions of the contract or agreement.

---

*Information And Network Technology Product*

**Information and network technology product** means:

A.   communication, computer, electronic, Internet, information, network or website:

    1.   equipment or parts; or

    2.   programs or systems; and

B.   software, data or other information that is in electronic form.

---

*Information And Network Technology Service*

**Information and network technology service** means analysis, design, integration, management, maintenance, processing, programming, repair or support services in connection with an **information and network technology product**.

---

*Institutional Review Board*

**Institutional review board** means:

·    a board, committee, group or similar organization; or

·    an ethics committee;

designated, directed or requested by an institution or other person or organization to review a **human clinical trial**, including any:

·    approval; or

·    periodic review;

of any such **human clinical trial**.

---

*Insured*

**Insured** means a person or an organization qualifying as an **insured** in the Who Is An Insured section of this contract.

---

| | |
|---|---|
| *Definitions*<br>*(continued)* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Insured Contract*

**Insured contract:**

A.  means:

    1.  a lease of premises;

    2.  a sidetrack agreement;

    3.  an easement or license agreement;

    4.  an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    5.  an elevator maintenance agreement; or

    6.  any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for such municipality) in which you assume the tort liability of another person or organization to pay damages, to which this insurance applies, sustained by a third person or organization.

B.  does not include that part of any contract or agreement that indemnifies an architect, engineer or surveyor for damages arising out of:

    1.  preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, field orders, change orders, designs or specifications; or

    2.  giving directions or instructions, or failing to give them.

*Intellectual Property Law Or Right*

**Intellectual property law or right** means any:

· certification mark, copyright, patent or trademark (including collective or service marks);

· right to, or judicial or statutory law recognizing an interest in, any trade secret or confidential or proprietary non-personal information;

· other right to, or judicial or statutory law recognizing an interest in, any expression, idea, likeness, name, slogan, style of doing business, symbol, title, trade dress or other intellectual property; or

· other judicial or statutory law concerning piracy, unfair competition or other similar practices.

*Leased Worker*

**Leased worker** means a person leased to a party by a labor leasing firm, in a contract or agreement between such party and the labor leasing firm, to perform duties related to the conduct of the party's business. **Leased worker** does not include a **temporary worker**.

*Life Science Product*

**Life science product** means a **cosmetic, dietary supplement, drug** or **medical device**.

*Life Science Product Sales Contractor*

**Life science product sales contractor** means a person or organization engaged to provide service, advice or instruction in connection with the dispensing, distribution, furnishing or sale of a **life science product**, other than in connection with a **human clinical trial**.

---

*Liability Insurance*

**Reference Copy**

## Products—Completed Operations Liability Claims—Made For Life Sciences

**Definitions**
(continued)

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:

*Life Science Product Service*

**Life science product service** means:

·   clinical;

·   design or development review;

·   laboratory; or

·   research;

service, advice or instruction in connection with a **life science product**.

*Life Science Product Service Contractor*

**Life science product service contractor** means a person or organization engaged to provide **life science product service**, other than in connection with a **human clinical trial**.

*Loading Or Unloading*

**Loading or unloading:**

A.   means the handling of property:

    1.   after it is moved from the place where it is accepted for movement into or onto an aircraft, **auto** or watercraft;

    2.   while it is in or on an aircraft, **auto** or watercraft; or

    3.   while it is being moved from an aircraft, **auto** or watercraft to the place where it is finally delivered.

B.   does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, **auto** or watercraft.

*Medical Device*

**Medical device** means an apparatus, contrivance, implant, implement, instrument, in vitro reagent, machine or other similar or related article, including an accessory, component or part, that is:

A.   intended for use in the cure, diagnosis, mitigation, prevention or treatment of disease, injury or sickness in human beings;

B.   intended to affect any function or structure of the human body; or

C.   recognized as such in the official:

    1.   National Formulary;

    2.   United States Pharmacopoeia; or

    3.   supplements to any of these;

which does not achieve any of its primary intended purposes through chemical action upon or within the human body and which is not dependent upon being metabolized for the achievement of any of its primary intended purposes.

| | |
|---|---|
| *Definitions*<br>*(continued)* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Medical Expenses*

**Medical expenses** means reasonable expenses for necessary:

- · first aid administered at the time of an accident;

- · medical, surgical, x-ray and dental services, including prosthetic devices; and

- · ambulance, hospital, professional nursing and funeral services.

*Mobile Equipment*

**Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

A. bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

B. vehicles maintained for use solely on premises owned by or rented to you;

C. vehicles that travel on crawler treads;

D. vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    1. power cranes, shovels, loaders, diggers or drills; or

    2. road construction or resurfacing equipment such as graders, scrapers or rollers;

E. vehicles not described in subparagraphs A., B., C. or D. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    1. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    2. cherry pickers and similar devices used to raise or lower workers; and

F. vehicles not described in subparagraphs A., B., C. or D. above maintained primarily for purposes other than the transportation of persons or cargo.

**Mobile equipment** does not include self-propelled vehicles with the following types of permanently attached equipment, and such vehicles will be considered **autos**:

    1. equipment designed primarily for:

        a. snow removal;

        b. road maintenance, but not construction or resurfacing; or

        c. street cleaning;

    2. cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    3. air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

*Products–Completed Operations Liability Claims–Made For Life Sciences*

| | |
|---|---|
| *Definitions*<br>(continued) | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Nuclear Facility*

**Nuclear facility** means any:

A.   **nuclear reactor;**

B.   equipment or device designed or used for:

    1.   separating the isotopes of plutonium or uranium;

    2.   processing or utilizing **nuclear spent fuel;** or

    3.   handling, processing or packaging **nuclear waste;**

C.   equipment or device used for the processing, fabricating or alloying of **nuclear material,** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than:

    1.   25 grams of plutonium or uranium 233, or any combination thereof; or

    2.   250 grams of uranium 235; or

D.   structure, basin, excavation, premises or place prepared or used for the storage or disposal of **nuclear waste;**

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

---

*Nuclear Hazardous Properties*

**Nuclear hazardous properties** includes radioactive, toxic or explosive properties.

---

*Nuclear Material*

**Nuclear material** means **by–product material, source material** or **special nuclear material.**

**By–product material, source material** and **special nuclear material** have the meanings given them in the United States of America Atomic Energy Act of 1954 or in any law amendatory thereof.

---

*Nuclear Property Damage*

**Nuclear property damage** includes all forms of radioactive contamination of property.

---

*Nuclear Reactor*

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self–supporting chain reaction or to contain a critical mass of fissionable material.

---

*Nuclear Spent Fuel*

**Nuclear spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor.**

---

*Nuclear Waste*

**Nuclear waste** means any waste material:

    ·   containing **nuclear material,** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content; and

---

| | |
|---|---|
| *Definitions* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Nuclear Waste (continued)*

· resulting from the operation by any person or organization of any **nuclear facility** described in subparagraphs A. or B. of the definition of **nuclear facility**.

*Occurrence*

**Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

*Officer*

**Officer** means a person holding any of the officer positions created by an organization's charter, constitution, by-laws or any other similar governing document.

*Pollutants*

**Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

*Prisoner*

**Prisoner** means a human being who is:

A. incarcerated:

   1. while awaiting arraignment, trial or sentencing; or

   2. having been sentenced;

   pursuant to a civil or criminal statute; or

B. detained for drug detoxification, treatment of alcoholism or other purposes, pursuant to a civil or criminal statute which allows or provides for alternatives to incarceration.

*Products–Completed Operations Hazard*

**Products-completed operations hazard:**

A. includes all **bodily injury** and **property damage** taking place away from premises owned or occupied by or loaned or rented to you and arising out of **your product** or **your work**, except:

   1. products that are still in your physical possession; or

   2. work that has not yet been completed or abandoned.

**Your work** will be deemed completed when:

· all of the work called for in your contract or agreement has been completed.

· all of the work to be performed at the site has been completed, if your contract or agreement calls for work at more than one site.

· that part of the work completed at a site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

*Products–Completed Operations Liability Claims–Made For Life Sciences*

| | |
|---|---|
| *Definitions* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Products–Completed Operations Hazard (continued)*

B. does not include **bodily injury** or **property damage** arising out of:

1. the transportation of property, unless the injury or damage results from a condition in or on a vehicle not owned or operated by or loaned or rented to you and that condition was created by the **loading or unloading** of that vehicle by any **insured**; or

2. the existence of tools, uninstalled equipment or abandoned or unused materials.

C. notwithstanding anything to the contrary set forth above, includes all **bodily injury** and **property damage** in connection with:

1. a **human clinical trial**, to which this insurance applies.

2. **your product** that is or was at any time loaned or rented to or located for the use of others, whether or not such product:

   a. has been sold; or

   b. is in your possession.

*Property Damage*

**Property damage** means:

· physical injury to tangible property, including resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

· loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

Tangible property does not include any software, data or other information that is in electronic form.

*Suit*

**Suit** means a civil proceeding in which damages, to which this insurance applies, are sought. **Suit** includes an arbitration or other dispute resolution proceeding in which such damages are sought and to which the **insured** must submit or does submit with our consent.

*Temporary Worker*

**Temporary worker** means a person who is furnished to a party to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

*Your Product*

**Your product:**

A. means any:

1. goods or products (other than real property), including:

   a. **information and network technology products**; and

   b. **life science products**;

   manufactured, sold, handled, distributed or disposed of by:

   · you;

   · others trading under your name; or

   · a person or organization whose assets or business you have acquired;

| | |
|---|---|
| *Definitions* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT, WORDS AND PHRASES THAT APPEAR IN BOLD PRINT HAVE THE SPECIAL MEANINGS DESCRIBED BELOW:** |

*Your Product*
*(continued)*

    2.    containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products; and

    3.    vending machines and other property loaned or rented to or located for the use of others by:

        a.    you;

        b.    others trading under your name; or

        c.    a person or organization whose assets or business you have acquired.

B.    includes:

    1.    representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your product**; and

    2.    the providing of or failure to provide instructions or warnings.

*Your Work*

**Your work:**

A.    means any:

    1.    work or operations, including **information and network technology services** and **life science product services**, performed by:

        a.    you or on your behalf; or

        b.    a person or organization whose assets or business you have acquired; and

    2.    materials, parts or equipment furnished in connection with such work or operations.

B.    includes:

    1.    representations or warranties made at any time with respect to the durability, fitness, performance, quality or use of **your work**; and

    2.    the providing of or failure to provide instructions or warnings.

LIABILITY

ENDORSEMENTS

## *Liability Insurance Section*

## *Endorsements*

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499–85–33 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

LIABILITY GLOBAL EXTENSION
PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

**Exclusion Endorsement**

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

*Information Distribution Laws*

With respect to all coverages under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any actual or alleged violation of:

·     the United States of America CAN–SPAM Act of 2003 or any law amendatory thereof;

·     the United States of America Telephone Consumer Protection Act (TCPA) of 1991 or any law amendatory thereof; or

·     any other ordinance, regulation or statute relating to communicating, distribution, publication, sending or transmitting of content, information or material.

All other terms and conditions remain unchanged.

*Authorized Representative*

## *Liability Insurance*

*Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499−85−33FO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS − CLAIMS MADE

---

**Conditions**

Under Conditions, the provision titled Premium Audit is deleted and replaced by the following.

*Premium Audit*

We will compute all premiums for this insurance in accordance with our rules and rates. We may audit your books and records as they relate to this insurance at any time during the term of this policy and up to three years afterwards.

All other terms and conditions remain unchanged.

*Authorized Representative*

---

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS

### *Exclusion Endorsement*

The following exclusions are added to this policy and replace any similar exclusions contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

*Aircraft, Autos Or Watercraft*

With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of the ownership, maintenance, use (use includes operation and **loading or unloading**) or entrustment to others of any:

· aircraft;

· **auto**; or

· watercraft;

owned or operated by or loaned or rented to any **insured**.

*Exclusion*
*Endorsement*
(continued)

*Employment Related*
*Practices*

A.   With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any injury or damage sustained at any time by any person, whether or not sustained in the course of employment by any **insured**, arising out of any employment-related act, omission, policy, practice or representation directed at such person, occurring in whole or in part at any time, including any:

1.   arrest, detention or imprisonment;

2.   breach of any express or implied covenant;

3.   coercion, criticism, humiliation, prosecution or retaliation;

4.   defamation or disparagement;

5.   demotion, discipline, evaluation or reassignment;

6.   discrimination, harassment or segregation;

7.   a.   eviction; or

b.   invasion or other violation of any right of occupancy;

8.   failure or refusal to advance, compensate, employ or promote;

9.   invasion or other violation of any right of privacy or publicity;

10.  termination of employment; or

11.  other employment-related act, omission, policy, practice, representation or relationship in connection with any **insured** at any time.

B.   With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any injury or damage sustained at any time by any brother, child, parent, sister or spouse of any person at whom any act, omission, policy, practice or representation is directed (as described in paragraph A. above), as a consequence of any of the foregoing.

C.   Paragraphs A. and B. above apply:

1.   regardless of the capacity in which the **insured** may be liable; and

2.   to any obligation to share any damages, loss, cost or expense with or to repay any person or organization who must pay any damages, loss, cost or expense because of any of the foregoing.

*Intellectual Property*
*Laws Or Rights*

With respect to all coverage(s) under this contract, this insurance does not apply to any actual or alleged damages, loss, cost or expense arising out of, giving rise to or in any way related to any actual or alleged:

·    assertion; or

·    infringement or violation;

by any person or organization (including any **insured**) of any **intellectual property law or right**, regardless of whether this insurance would otherwise apply to all or part of any such actual or alleged damages, loss, cost or expense in the absence of any such actual or alleged assertion, infringement or violation.

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32SFO |

### *Exclusion Endorsement*
(continued)

*Mobile Equipment Transportation*

With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of the transportation of **mobile equipment** by an **auto** owned or operated by or loaned or rented to any **insured**.

The following definition is added to this policy and replaces any similar definition contained therein.

### *Definitions*

*Intellectual Property Law Or Right*

**Intellectual property law or right** means any:

- certification mark, copyright, patent or trademark (including collective or service marks);
- right to, or judicial or statutory law recognizing an interest in, any trade secret or confidential or proprietary non-personal information;
- other right to, or judicial or statutory law recognizing an interest in, any expression, idea, likeness, name, slogan, style of doing business, symbol, title, trade dress or other intellectual property; or
- other judicial or statutory law concerning piracy, unfair competition or other similar practices.

All other terms and conditions remain unchanged.

Authorized  Representative

**Reference Copy**

## Liability Insurance

### Endorsement

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

**Limits Of Insurance**

Under Limits Of Insurance, the Limits Of Insurance section is deleted and replaced by the following.

The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of:

· **insureds**;

· claims made or **suits** brought; or

· persons or organizations making claims or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**Products-Completed Operations Aggregate Limit**

Subject to the Each Occurrence Limit, the Products-Completed Operations Aggregate Limit is the most we will pay for the sum of:

· damages for **bodily injury** and **property damage** included in the **products-completed operations hazard**; and

· **medical expenses**.

---

Reference Copy

## *Limits Of Insurance*
(continued)

*Each Occurrence Limit*

The Each Occurrence Limit is the most we will pay for the sum of:

·     damages for **bodily injury** and **property damage**; and

·     **medical expenses**;

arising out of any one **occurrence**.

Any such sums we pay for such damages will reduce the amount of the applicable aggregate limit available for any other payment.

If the applicable aggregate limit has been reduced to an amount that is less than the Each Occurrence Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

*Human Clinical Trial Medical Expenses Each Person Limit*

Subject to the Each Occurrence Limit, the Human Clinical Trial Medical Expenses Each Person Limit is the most we will pay for the sum of **medical expenses**, under Human Clinical Trial Medical Expenses Coverage, for **bodily injury** sustained by any one person.

Any such sums we pay will reduce the amount of the applicable aggregate limit available for any other payment.

If the applicable aggregate limit has been reduced to an amount that is less than the Human Clinical Trial Medical Expenses Each Person Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

*Payments That Reduce The Limits Of Insurance*

Any damages or **medical expenses** we pay will reduce the Limits Of Insurance.

Payments we make under the Investigation, Defense And Settlements and Supplementary Payments sections of this contract will not reduce the Limits Of Insurance.

All other terms and conditions remain unchanged.

**Authorized Representative** _____

*Liability Insurance*      Limits Of Insurance - Human Clinical Trial Medical Expenses Subject To PCO Aggregate Limit      *last page*

Form 80-02-6580 (Ed. 3-06)      Endorsement      *Page 2*

Reference Copy

### Liability Insurance

### Endorsement

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010  TO  AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499–85–33 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

The following definition is added to this policy and replaces any similar definition contained therein.

## Definitions

**Deemed Known**

**Deemed known** means known by, or that should have been known from the standpoint of a reasonable person in the circumstances of:

· you; or

· any of your directors, managers, members, **officers** or partners (whether or not an **employee**). **Officer** will be deemed to include an **officer**'s designee.

Such injury, damage, **occurrence**, claim, **suit** or circumstance, as applicable, will be **deemed known** at the earliest time when any such person described above:

A. reports all, or any part, of the injury, damage, **occurrence**, claim, **suit** or circumstance to us or any other insurer;

B. receives a claim for damages in connection with the injury, damage, **occurrence** or circumstance; or

C. becomes aware:

    1. that the injury or damage has occurred or has begun to occur;

    2. of any actual, alleged or threatened injury, damage, **occurrence**, claim or suit in connection with the circumstance.

---

### Definitions

*Deemed Known*
*(continued)*

**Deemed known** does not include a report in connection with an **adverse event** as described under the condition titled Adverse Events Reporting.

All other terms and conditions remain unchanged.

Authorized Representative _____

---

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499–85–32 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

**Investigation, Defense And Settlements**

Under Investigation, Defense And Settlements, the following provision is added:

With respect to any claim for damages arising out of your California operations:

A.   If a conflict of interest arises which creates a duty on our part to provide the **insured** independent counsel, we will provide such counsel unless, at the time we inform the **insured** of the possible conflict, the **insured** expressly waives, in writing, the right of such counsel.

B.   When the **insured** has selected independent counsel:

1.   we require that the selected counsel have at least five years of tort litigation practice which includes substantial defense experience in the subject at issue in the litigation, and they must carry errors and omissions coverage.

2.   it shall be the duty of such counsel and the **insured** to disclose to us all information concerning the action, except privileged materials relevant to coverage disputes, and to inform and consult with us in all matters relating to the action. Any claim of privilege asserted is subject to in camera review in the appropriate law and motion department of the Superior Court. Any information disclosed by the **insured** or by such counsel is not a waiver of the privilege as to any other party; and

*Liability Endorsement*
(continued)

3. both the counsel provided by us and the counsel the **insured** has selected shall be allowed to participate in all aspects of the litigation. Counsel shall cooperate fully in the exchange of information consistent with each counsel's ethical and legal obligation to the **insured**. Nothing in this section shall relieve the insured of their duty to cooperate with us under the terms of this insurance policy.

C. Our obligation to pay fees to counsel selected by the **insured** is limited to the rates which we actually pay to counsel we retain in the ordinary course of business in the defense of similar actions in the community where the claim is being defended. Any dispute concerning counsel fees shall be resolved by final and binding arbitration by a single neutral arbitrator selected by the parties to the dispute.

D. No conflict of interest shall be deemed to exist as to the allegations of punitive damages or be deemed to exist solely because an **insured** is sued for an amount in excess of the insurance policy limits.

E. You are required to see to it that records pertinent to counsel fees are maintained. These records will be used to determine the allocation of any counsel fees for which you may be solely responsible, including for the investigation, defense or settlement of an allegation not covered by this insurance.

All other terms and conditions remain unchanged.

Authorized Representative

### Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

## Terrorism Provisions

A new section titled Terrorism Provisions is added to the end of this contract.

### Cap On Certified Terrorism Losses

If:

· aggregate insured losses attributable to one or more **certified acts of terrorism** under the **terrorism law** exceed $100 billion in a Program Year (January 1 through December 31); and

· we have met our insurer deductible under the **terrorism law**,

we will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## Terrorism Definitions

A new section titled Terrorism Definitions is added.

### Certified Act Of Terrorism

**Certified act of terrorism** means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act:

A.   of terrorism, a violent act or an act that is dangerous to human life, property or infrastructure; and

B.   that results in damage:

   1.   within the **United States**; or

Liability Insurance            Cap On Certified Terrorism Losses                                    *continued*

Form 80-02-6403 (Rev. 12-07)     Endorsement                                                     *Page 1*

Reference Copy

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

*Liability Insurance*
(continued)

2. outside of the **United States** in the case of:

    a. an air carrier or vessel as described in the **terrorism law**; or

    b. the premises of a mission of the United States of America,

which was committed by an individual or individuals as part of an effort to:

· coerce the civilian population; or

· influence the policy or affect the conduct of the Government,

of the **United States**.

**Certified act of terrorism** does not include an act that:

· is committed as part of the course of a war declared by the Congress of the **United States**; or

· does not result in property and casualty insurance losses that exceed $5 million in the aggregate and are attributable to all types of insurance subject to the **terrorism law**.

| | |
|---|---|
| *State* | **State** means any state of the United States of America, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, American Samoa, Guam, each of the United States Virgin Islands, and any territory or possession of the United States of America. |
| *Terrorism Law* | **Terrorism law** means the Terrorism Risk Insurance Act of 2002 (Pub.L.107−297) as amended by the Terrorism Risk Insurance Extension Act of 2005 (Pub.L.109−144) and the Terrorism Risk Insurance Program Reauthorization Act of 2007 (Pub.L.110−160). |
| *United States* | **United States** means: |

· a **state**; and

· the territorial sea and the continental shelf of the United States of America, as described in the **terrorism law**.

All other terms and conditions remain unchanged.

Authorized Representative

| | | |
|---|---|---|
| *Liability Insurance* | *Cap On Certified Terrorism Losses* | *last page* |
| Form 80-02-6403 (Rev. 12−07) | *Endorsement* | *Page 2* |

Reference Copy

*Includes copyrighted material of Insurance Services Office, Inc. with its permission.*

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS−CLAIMS MADE

**Non−Accumulation Of Limits Of Insurance**

The following provision is added to this policy.

If this insurance contract is one of several insurance contracts issued by us or other member companies of the Chubb Group of Insurance Companies to you, or your subsidiary organizations, then any claim that could be covered under two or more contracts will be subject to the limits of insurance under the contract with the highest applicable limit of insurance or, if the limits are the same, under the limits of insurance of one contract.

All other terms and conditions remain unchanged.

*Authorized Representative*

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499–85–32SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

LIABILITY GLOBAL EXTENSION
PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

### *Exclusion Endorsement*

*Tobacco*

With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any:

A.    actual, alleged or threatened:

    1.    contaminative, pathogenic, toxic or other hazardous properties of; or

    2.    defect, deficiency, inadequacy or dangerous condition in;

    any **tobacco or tobacco–related product**.

B.    1.    request, demand, order or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of any **tobacco or tobacco–related product**; or

    2.    claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way respond to, or assessing the effects of any **tobacco or tobacco–related product**.

*Liability Endorsement*
(continued)

## Definition

The following definition is added to this policy and replaces any similar definition contained therein.

*Tobacco Or*
*Tobacco−Related Product*

**Tobacco or tobacco−related product** means any:

· plant of the genus *nicotiana* (herein referred to as "tobacco") by whatever name known, including its presence or use in a cigar or cigarette or in chewing or smoking as snuff;

· chemical, mineral or other material, good or product applied to, found within, sprayed on or used in connection with tobacco;

· filter, paper, pipe, wrapper or any other tobacco−related accessory;

· tobacco cessation good, product, service, advice or instruction; or

· smoke or other solid, liquid, gaseous or thermal by−product or residue of tobacco or in connection with any of the foregoing.

All other terms and conditions remain unchanged.

*Authorized Representative*

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499−85−32SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS −CLAIMS MADE

Under Policy Exclusions, the following exclusion is added:

## *Policy Exclusions*

*Silicon*

A.   This insurance does not apply to any loss, cost or expense arising out of the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of **silicon**.

B.   This insurance does not apply to any loss, cost or expense arising out of any:

1.   demand, order, request or regulatory or statutory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **silicon**; or

2.   claim or proceeding by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **silicon**.

Under Definitions, the following definition is added:

## *Definitions*

*Silicon*

**Silicon** means the element silicon (including silica and other silicate compounds), including its presence or use in any alloy, by−product, compound or other material or waste. Waste includes material to be recycled, reconditioned or reclaimed.

### *Liability Endorsement*
*(continued)*

All other terms and conditions remain unchanged.

*Authorized Representative*

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS-CLAIMS MADE

### *Exclusion Endorsement*

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

*Specific Goods Or Products (Including Medical Devices)*

With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any defect, deficiency, inadequacy or dangerous condition in, including the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of, any good or product (including a **medical device**) shown in the Schedule, by whatever name known.

### *Schedule*

· Birth control or fertility goods or products

· Hormone replacement products

· Selective Serotonin Reuptake Inhibitor products (SSRI)

· Vaccines

*Liability Endorsement*
(continued)

All other terms and conditions remain unchanged.

Authorized Representative

Reference Copy

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

**Exclusion Endorsement**

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

**Specific Diseases**

With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any:

A.   condition, disease or sickness shown in the Schedule, including any similar or other condition, disease, injury or sickness related thereto, by whatever name known;

B.   causative agent of any condition, disease, injury or sickness described in subparagraph A. above, regardless of whether such agent gives rise to any such condition, disease, injury or sickness or any other condition, disease, injury or sickness, by whatever name known; or

C.   actual or attempted counseling or testing for, or containing, detoxifying, mitigating, monitoring or neutralizing of, or responding to, or assessing the effects of any:

    1.   condition, disease, injury or sickness; or

    2.   causative agent;

   described in subparagraph A. or B. above, including any:

    ·   actual or attempted cure, diagnosis, prevention or treatment of any such condition, disease, injury or sickness;

---

***Liability Endorsement***
(continued)

   ·   actual or attempted cleaning–up, disposing, handling or removing of any such causative agent; or

   ·   failure to perform any of the foregoing.

---

## Schedule

   ·   Acquired Immune Deficiency Syndrome (AIDS)

   ·   Transmissible Spongiform Encephalopathy (TSE)

   ·   Viral Hepatitis

All other terms and conditions remain unchanged.



*Authorized Representative*

## Liability Insurance

## Endorsement

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010  TO  AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499–85–32 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS–CLAIMS MADE

### Exclusion Endorsement

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

*Specific Materials Or Other Goods Or Products*

With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of any defect, deficiency, inadequacy or dangerous condition in, including the actual, alleged or threatened contaminative, pathogenic, toxic or other hazardous properties of, any good or product:

A.    shown in the Schedule, in any form, including its presence or use in any alloy, by–product, compound or other material or waste.

B.    that has the same or substantially the same formula as any good or product described in subparagraph A. above, by whatever name known.

C.    that is a derivative of any good or product described in subparagraph A. or B. above, by whatever name known.

### Schedule

·    Cisapride

·    Dexfenfluramine

·    Di –(2–ethylhexyl)Phthalate (DEHP)

*Liability Endorsement*
(continued)

- Diethylstilbestrol (DES)

- Ephedra or Ephedrine

- Fenfluramine

- Isotretinoin

- Latex

- L—tryptophan

- Mercury

- Phentermine

- Phenylpropanolamine (PPA)

- Piper Methysticum (Kava)

- Silicone

- Thalidomide

- Thimerosal

- Troglitazone

All other terms and conditions remain unchanged.

Authorized Representative 

Reference Copy

*Liability Insurance*

*Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499–85–33 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS–CLAIMS MADE

**Exclusion Endorsement**

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

*Unapproved Off–Label Promotion*

With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of the dissemination of information:

·     by or on behalf of any **insured**; and

·     in connection with any unapproved use of any **life science product**;

in violation of any law, regulation or order of any governmental authority.

All other terms and conditions remain unchanged.

*Authorized Representative*

Reference Copy

## Liability Insurance

### Endorsement

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499−85−33FO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS−CLAIMS MADE

Under Conditions, the following provision is added:

### Conditions

**Minimum Earned Premium**

Subject to all of the terms and conditions of this insurance, the premium for this insurance computed at audit for a full policy period shall be, at a minimum, 75 percent of the estimated premium shown in the Premium Summary.

All other terms and conditions remain unchanged.

*Authorized Representative*

Reference Copy

## *Product Withdrawal And Crisis Management Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010  TO  AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-35FO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

Under Coverages, the following coverages are added:

### *Coverages*

*Product Withdrawal Expenses For Life Science*

Subject to all the terms and conditions of this insurance, we will pay for **withdrawal expenses** incurred by the **insured** as a result of a **class 1 recall**, provided that:

- such expenses are directly related to such recall;
- the recall is first reported to us by the **insured** in writing during the policy period; and
- coverage for the **life science product** is included in the **products–completed operations hazard.**

All reports in connection with the same recall will be deemed to have been made at the time the first of those reports is made to us by any **insured** in writing.

We have no duty to investigate, defend or settle any claim, suit or other demand of any nature against any **insured** or any other person or organization.

We have no duty to investigate, defend or settle any claim, suit or other demand of any nature against any **insured** or any other person or organization.

No other obligation or liability to reimburse sums or perform acts or services is covered.

Product Withdrawal Expense Insurance
Form 80-02-6427 (Ed. 8-04)

Product Withdrawal And Crisis Management Expenses – Life Science
Endorsement

continued
Page 1

## *Coverages*
*(continued)*

*Crisis Management Service For Life Science*

Subject to all the terms and conditions of this insurance, we will pay reasonable and necessary expenses incurred by the **insured** for **crisis management service**, provided that:

- such service is directly related to a **class 1 recall**;

- such recall is first reported to us by the **insured** in writing during the policy period;

- coverage for the **life science product** is included in the **products–completed operations hazard**; and

- the services are for the sole purpose of advising the **insured** how to reduce potential economic harm to the **insured** by maintaining and restoring public confidence in the **insured** or the product.

All reports in connection with the same recall will be deemed to have been made at the time the first of those reports is made to us by any **insured** in writing.

We have no duty to investigate, defend or settle any claim, suit or other demand of any nature against any **insured** or any other person or organization.

No other obligation or liability to reimburse expenses or perform acts or services is covered.

## Limits Of Insurance

Under Limits of Insurance, the following limit is added:

*Product Withdrawal Expenses And Crisis Management Service Aggregate Limit*

The most we will pay for the sum of **withdrawal expense** and **crisis management service**, to which this insurance applies, is $25,000 in any one policy period.

## Product Withdrawal Expense And Crisis Management Service Exclusions

The following section is added but only with respect to the coverages titled Product Withdrawal Expense For Life Science and Crisis Management Service For Life Science:

*Banned Materials*

This insurance does not apply to any **withdrawal expenses** or **crisis management service** expenses in connection with goods or products that have been distributed after any governmental organization has banned such goods or products (or any container, ingredient or part thereof) or declared them unsafe.

*Known Defects*

This insurance does not apply to any **withdrawal expenses** or **crisis management service** expenses in connection with any **life science product** which has a defect if such defect was known, or should have been known, by any **insured** prior to the:

- effective date of this insurance; or

Reference Copy

## Product Withdrawal And Crisis Management Insurance

### Endorsement

| | |
|---|---|
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33 SFO |

### Product Withdrawal Expense And Crisis Management Service Exclusions

**Known Defects**
*(continued)*

· delivery of such **life science product** by any **insured** or any person or organization acting on any **insured**'s behalf.

**Waste Sites**

This insurance does not apply to any **withdrawal expenses** or **crisis management service** expenses in connection with goods or products located at any premises, site or location which is or was at any time used for the handling, storage, disposal, processing or treatment of waste.

**Willful Violation Of Law**

This insurance does not apply to any **withdrawal expenses** or **crisis management service** expenses in connection with any willful violation of any statute, regulation, ordinance or other law, or any governmental directive or order.

The following section is added but only with respect to the coverages titled Product Withdrawal Expenses For Life Science and Crisis Management Service For Life Science:

### Conditions

**Abandonment**

There can be no abandonment of property to us unless we specifically agree to such abandonment in writing.

**Duties In The Event Of A Class 1 Recall**

A. The **insured** must give us immediate written notice upon discovery, or upon notification by a governmental organization, that a **life science product**, to which this insurance applies, is or may become the subject of a **class 1 recall**.

B. All **insureds** must immediately make every reasonable effort to stop any release, shipment, consignment or other distribution of any:

   1. such **life science product**; and

   2. kindred goods or products until it is determined that those goods or products are not subject to such recall.

C. As often as we reasonably require, any **insured** must:

   1. permit us to inspect and make copies of records which support all **withdrawal expenses** or **crisis management service** expenses claimed.

   2. cooperate with us in the investigation or settlement of any claim.

## Conditions

**Duties In The Event Of A Class 1 Recall**
*(continued)*

   3.    permit us to examine any person under oath, outside the presence of any other person and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including any **insured**'s books and records. In the event of an examination, answers of the person we examine must be signed.

D.   Within 90 days after any **insured**'s report of a **class 1 recall** to us, the **insured** must provide to us a sworn written statement containing the following information:

   1.    copy of any written notification from a governmental organization directing that the recall begin or documentation that supports your decision to voluntarily begin such recall;

   2.    a complete description and proof of the defect or situation, including the cause of the recall;

   3.    a listing that identifies the **life science product**, including batch or lot numbers, serial numbers and dates of manufacture; and

   4.    an itemized estimate of the **withdrawal expenses** and **crisis management service expenses**.

**Loss Determination**

In making any loss determination under this insurance we will utilize relevant sources of information, including:

·   financial records and accounting procedures; and

·   bills, invoices and other vouchers.

The amount of loss will be determined based on:

·   **withdrawal expenses** and **crisis management service** expenses which exceed normal operating expenses; and

·   other necessary expenses which reduce **withdrawal expenses** and **crisis management service** expenses that otherwise would have been incurred.

We will deduct from the total of such expenses the salvage value that remains of any property bought for temporary use in connection with the **class 1 recall** of a **life science product**.

**Loss Payment**

We will reimburse the **insured** for covered **withdrawal expenses** and **crisis management service** expenses within 30 days after we received the sworn written statement, as described under the condition titled Duties In The Event Of A Class 1 Recall, if all **insureds** have complied with all of the terms of this insurance, and we have reached agreement on the amount of loss.

**No Benefit To Others**

This insurance is for the benefit of **insureds**. No other person or organization may benefit directly from it.

**Other Insurance For Product Withdrawal And Crisis Management Expenses**

If any **insured** has **other insurance** covering loss which is also covered by this insurance, we will only reimburse the **insured** for the amount of loss, to which this insurance applies, in excess of the amount due from that **other insurance**, whether collectible or not.

*Product Withdrawal And Crisis Management Insurance*

*Endorsement*

| | |
|---|---|
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33SFO |

---

## Conditions
(continued)

*Reduction Of Expenses*

All **insureds** must take all reasonable steps to minimize **withdrawal expenses** and **crisis management service** expenses.

---

The following section is added but only with respect to the coverages titled Product Withdrawal Expenses For Life Science and Crisis Management Service For Life Science:

## Definitions

*Class 1 Recall*

**Class 1 recall** means actions taken by, on behalf of, or at the direction of the **insured** to remove a **life science product** from the market because of a situation in which there is a reasonable probability that the use of, or exposure to, such product will cause serious adverse health consequences or death.

Such recall may be:

· a voluntary action initiated or requested by, or on behalf of, any **insured**; or

· required by any statute, regulation, ordinance, law or directive of any governmental organization.

---

*Crisis Management Service*

**Crisis management service** means professional service or advice provided by a crisis management service firm in connection with a **class 1 recall**.

---

*Other Insurance*

**Other insurance** means a policy of insurance or any type of self-insurance or other mechanism by which an **insured** arranges for funding of loss.

---

*Withdrawal Expenses*

**Withdrawal expenses** means that part of the following expenses which are reasonable, necessary and devoted exclusively to activities directly related to a **class 1 recall** of a **life science product**, to which this insurance applies:

· broadcast, electronic, printed, telecast and telephonic announcements, communications and notices;

· transportation and storage of such products or replacements thereof; or

· destruction and disposal of the products,

including, but solely in connection with the foregoing:

· overtime remuneration, transportation and accommodation of persons other than the **insured**'s regular employees.

Reference Copy

## *Definitions*

*WithdrawalExpenses*
(continued)

·     procurement, remuneration, transportation and accommodation of persons other than the **insured**'s regular employees.

**Withdrawal expenses** does not include any:

·     cost or expense to correct any defect;

·     cost or expense of inspecting, adjusting or repairing any **life science product** or any other property;

·     cost or expense of removing any such product from any other goods or products or from any other property;

·     cost of the product, replacements thereof or of any other property;

·     cost or expense of installing any replacement goods, products or other property;

·     refund to any person or organization, including any cost or expense in connection with such refund; or

·     cost or expense in connection with the realization, maintenance or recovery of market share, goodwill, reputation, revenue or profit.

All other terms and conditions remain unchanged.

*Authorized Representative*

Reference Copy

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32 FO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

**Limits Of Insurance –
Claim Adjustment
Expenses Reducing
Limits**

The section of this contract titled Limits Of Insurance is deleted and replaced by the following:

The Limits Of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of:

· **insureds**;

· claims made or **suits** brought; or

· persons or organizations making claims or bringing **suits**.

The Limits Of Insurance apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**Products–Completed
Operations Aggregate
Limit**

Subject to the Each Occurrence Limit, the Products–Completed Operations Aggregate Limit is the most we will pay for the sum of:

· damages for **bodily injury** and **property damage** included in the **products–completed operations hazard**; and

*Limits Of Insurance –*
*Claim Adjustment*
*Expenses Reducing*
*Limits*

*Products–Completed*
*Operations Aggregate*
*Limit*
*(continued)*

- related **claim adjustment expenses** described as reducing the Limits Of Insurance in the provision titled Payments That Reduce The Limits Of Insurance.

*Human Clinical Trial*
*Medical Expenses*
*Aggregate Limit*

Subject to the Human Clinical Trial Medical Expenses Each Person Limit, the Human Clinical Trial Medical Expenses Aggregate Limit is the most we will pay for the sum of:

- **medical expenses**, under Human Clinical Trial Medical Expenses Coverage; and
- related **claim adjustment expenses** described as reducing the Limits Of Insurance in the provision titled Payments That Reduce The Limits Of Insurance.

*Each Occurrence Limit*

The Each Occurrence Limit is the most we will pay for the sum of:

- damages for **bodily injury** and **property damage**;
- **medical expenses**; and
- related **claim adjustment expenses** described as reducing the Limits Of Insurance in the provision titled Payments That Reduce The Limits Of Insurance;

arising out of any one **occurrence**.

Any such sums we pay will reduce the amount of the applicable aggregate limit available for any other payment.

If the applicable aggregate limit has been reduced to an amount that is less than the Each Occurrence Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

*Human Clinical Trial*
*Medical Expenses Each*
*Person Limit*

Subject to the Each Occurrence Limit, the Human Clinical Trial Medical Expenses Each Person Limit is the most we will pay for the sum of:

- **medical expenses**, under Human Clinical Trial Medical Expenses Coverage, for **bodily injury** sustained by any one person; and
- related **claim adjustment expenses** described as reducing the Limits Of Insurance in the provision titled Payments That Reduce The Limits Of Insurance.

Any such sums we pay will reduce the amount of the applicable aggregate limit available for any other payment.

If the applicable aggregate limit has been reduced to an amount that is less than the Medical Expenses Each Person Limit, the remaining amount of such aggregate limit is the most that will be available for any other payment.

Reference Copy

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32 FO |

---

**Limits Of Insurance –
Claim Adjustment
Expenses Reducing
Limits**
(continued)

*Payments That Reduce
The Limits Of Insurance*

A.  Any damages or **medical expenses** we pay will reduce the Limits Of Insurance.

B.  Any **claim adjustment expenses** we pay will reduce the Limits Of Insurance.

C.  Except for payments described as reducing the Limits Of Insurance in paragraphs A. and B. above, payments we make under the Supplementary Payments section of this contract will not reduce the Limits Of Insurance.

All other terms and conditions remain unchanged.

*Authorized Representative*

---

## *Liability Insurance*

### *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010  TO  AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499–85–33 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS – CLAIMS MADE

---

Under Coverages, Bodily Injury And Property Damage Products–Completed Operations Liability Coverage Claims–Made, paragraph B. is deleted and replaced by the following:

### Coverages

*Bodily Injury And Property Damage Products–Completed Operations Liability Coverage Claims–Made*

B.   This coverage applies only if:

    1.   such **bodily injury** or **property damage** did not occur before the Retroactive Date shown in the Declarations or after, as applicable, the later of the end of:

        a.   the policy period; or

        b.   any applicable Extended Occurrence Period we provide, in accordance with the provisions of the condition titled Notice Of Circumstances (Including Extended Occurrence Period/Your Product); and

    2.   a claim by a person or organization for damages for the **bodily injury** or **property damage** is:

        a.   first made against any **insured** during:

            i.    the policy period; or

            ii.   any Extended Reporting Period we provide, as described in the Extended Reporting Periods section of this contract; or

Reference Copy

## Coverages

*Bodily Injury And Property Damage Products–Completed Operations Liability Coverage Claims–Made* (continued)

b.     made in accordance with the provisions of the condition titled Notice Of Circumstances (Including Extended Occurrence Period/Your Product).

---

A new section, titled Extended Occurrence Period/Your Products, is added immediately after the section titled Extended Reported Periods:

### Extended Occurrence Period/Your Products

Coverage for **bodily injury** or **property damage** that occurs during an Extended Occurrence Period is available, but only by an applicable Extended Occurrence Period Endorsement and for an Additional Premium, subject to the following provisions.

If purchased, such coverage begins with the end of the policy period and lasts no longer than the time shown in the Schedule.

You must give us a written request, during the policy period, to purchase the coverage. The coverage will not take effect unless such Additional Premium is paid promptly when due.

We will determine the Additional Premium in accordance with our rules and rates. The Additional Premium will not exceed the amount shown in the Schedule.

Such an endorsement will set forth terms and conditions, not inconsistent with this condition, including provisions to the effect that coverage under an Extended Occurrence Period:

A.     applies only to **bodily injury** and **property damage** included in the **products–completed operations** hazard, to which this insurance applies, caused by **your product** described in the applicable Extended Occurrence Period Endorsement.

B.     does not apply to any injury or damage arising out of any goods or products disposed of, distributed, handled, manufactured or sold:

    1.     after any governmental or regulatory authority has declared such goods or products unsafe;

    2.     by any organization any **insured** acquires, if such acquisition is executed after the beginning of the policy period; or

    3.     after the Extended Occurrence period begins.

C.     as set forth herein, may not be cancelled once in effect.

D.     is excess over any other insurance in force after the Extended Occurrence Period begins.

E.     does not reinstate or increase the Limits Of Insurance.

The applicable Limits Of Insurance will apply to the last preceding period of the policy period and the Extended Occurrence Period, combined, and not separately to any portion (whether annual or otherwise) thereof.

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33FO |

Under Conditions, the condition titled Notice Of Circumstances is deleted and replaced by the following:

## *Conditions*

*Notice Of Circumstances (Including Extended Occurrence Period/Your Products)*

The following provisions apply only to coverage referred to as Claims-Made in the title of such coverage.

A.  If, prior to the end of the policy period, you become aware of a circumstance that has resulted or could result in injury or damage to which this insurance applies, a claim for damages for such injury or damage will be deemed to have been made during the policy period, provided:

    1.  you see to it that we receive written notice of such circumstance as soon as practicable and during the policy period; and

    2.  such claim is actually first made against any **insured** before the later of the end of:

        a.  the policy period of this insurance;

        b.  the policy period of a subsequent, continuous renewal or replacement of this insurance, that is issued to you by us or by an affiliate of ours; or

        c.  any extended reporting period exercised under the insurance described in subparagraph A.2.a. or A.2.b. above.

Notification must be in accordance with paragraphs A. and B. of the condition titled Duties In The Event Of Occurrence, Claim Or Suit.

B.  Coverage hereunder:

    1.  applies only to claims for damages for:

        a.  **bodily injury** or **property damage** that did not occur before the Retroactive Date shown in the Declarations or after, as applicable, the later end of:

            i.  the policy period; or

            ii.  any applicable Extended Occurrence Period we provide (such injury or damage that actually occurs during such Extended Occurrence Period, shown in the Schedule, will be deemed to have occurred before the end of the policy period).

    2.  does not:

        a.  extend the policy period or increase the scope of coverage provided;

        b.  reinstate or increase the Limits Of Insurance; or

Reference Copy

## Conditions

**Notice Of Circumstances
(Including Extended
Occurrence Period/Your
Products)
(continued)**

c.    apply to any injury, damage, **occurrence**, claim, **suit** or other circumstance reported, in whole or in part, to us or any other insurer before the beginning of the policy period.

---

### SCHEDULE

EXTENDED OCCURRENCE PERIOD        One year

ADDITIONAL PREMIUM        Will not exceed 200 percent of the annual premium for this insurance

All other terms and conditions remain unchanged.

Authorized Representative _____

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS—CLAIMS MADE

Under Coverages, the provision titled Special Provisions Applicable To A Human Clinical Trial is deleted and replaced by the following.

## **Coverages**

*Special Provisions Applicable To A Human Clinical Trial*

Subject to all of the terms and conditions of this insurance, this insurance applies to a **human clinical trial**, only if:

·    the material tested is a **life science product**; and

·    exposure to such material, upon or within human beings during such trial, did not first occur before the beginning of the policy period or Retroactive Date as applicable.

With respect to such **human clinical trial**:

A.   this insurance applies only if the **insured**:

    1.   makes all filings that the **insured** is required to make under all applicable laws and regulations and receives all necessary authorizations in connection therewith; and

    2.   has not recklessly or willfully violated or consented to any violation of any agreement, contract, law, procedure, protocol or regulation applicable to the conduct of the trial.

---

Reference Copy

## Coverages

*Special Provisions Applicable To A Human Clinical Trial (continued)*

B.  involving exposure to material, upon or within human beings during such a trial, that first occurs on or after the beginning of the policy period, provided the **insured** is the sponsor of the trial, in connection with:

    1.  an Investigational New Drug Application or similar authorization that is required of any **insured**, for a new **drug**;

    2.  an Investigational Device Exemption Application or similar authorization that is required of any **insured**, for a new **device family**;

    3.  human beings who are **cognitively impaired**;

    4.  human beings who are pregnant;

    5.  human beings who are under 18 years of age;

    6.  planned Emergency Use Research testing; or

    7.  **prisoners**;

this insurance applies only if:

·    you give us written notice describing the trial for which you are requesting coverage;

·    we agree to issue an endorsement to provide coverage in connection with the trial, in accordance with the terms, conditions and additional premiums determined by us; and

·    you accept such terms and conditions and pay such premiums promptly when due.

Subparagraph B. above does not apply to a trial that has been described to us by you in the application for this insurance, to the extent that we have agreed to provide coverage in connection with such trial.

All other terms and conditions remain unchanged.

*Authorized Representative*

*Liability Insurance*

*Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499−85−33SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

LIABILITY GLOBAL EXTENSION
PRODUCTS/COMPLETED OPERATIONS − CLAIMS MADE

---

The following exclusion is added to this policy and replaces any similar exclusion contained therein. The use of the words damages, loss, cost or expense in any exclusion does not expand any coverage(s) under this contract.

**Exclusion Endorsement**

*Unapproved Goods Or Products*

With respect to all coverage(s) under this contract, this insurance does not apply to any damages, loss, cost or expense arising out of the actual, alleged or threatened hazardous properties of goods or products:

A.  declared unsafe by any governmental or regulatory authority on the basis of such hazardous properties, regardless of whether such goods or products were declared unsafe before or after:

1.  the goods or products were disposed of, distributed, handled, manufactured or sold; or

2.  such damages, loss, cost or expense were incurred; or

B.  disposed of, distributed, handled, manufactured or sold without approval by the applicable governmental or regulatory authority.

Subparagraph A. above does not apply to **your product**, to which this insurance applies, if such good or product was disposed of, distributed, handled, manufactured and sold before it was known by you, or would have been known from the standpoint of a reasonable person in your circumstances, that the good or product had been declared unsafe.

Reference Copy

## Liability Endorsement
(continued)

All other terms and conditions remain unchanged.

Authorized Representative

## Liability Insurance

### Endorsement

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499−85−35FO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS−CLAIMS MADE

### Deductibles

The following section, titled Deductibles, is added to the forms described above and replaces any applicable deductible provisions contained therein.

*Basis And Amounts Of Deductibles*

As used in this endorsement, words and phrases that appear in "quotation marks" have special meanings as described in the Deductible Definitions provision of this endorsement.

The provisions of this Deductible section apply to the Coverages as indicated in the Declarations and this endorsement. Each Deductible applies separately from and in addition to any other Deductible.

If the applicable Deductible is indicated to apply on the basis of:

· Each Claim, then the amount of the Deductible applies separately to the sum of amounts described in the provision titled Deductible Obligations, in connection with loss allocable to each separate person and organization that arises out of each separate "event."

· Each "Event," then the amount of the Deductible applies separately to the sum of amounts described in the provision titled Deductible Obligations, in connection with loss that arises out of each separate "event."

Deductible amounts:

A. starting with the beginning of the policy period shown in the Declarations, apply separately to each consecutive annual period and to any remaining period and to any extension period.

Reference Copy

## *Liability Endorsement*
*(continued)*

B.   will not be less than the amounts as indicated in the Declarations and this endorsement, regardless of whether this insurance (or this endorsement) is:

1.   issued for a policy period of less than twelve (12) months; or

2.   terminated before the end of the policy period shown in the Declarations for any reason.

| | |
|---|---|
| *Aggregate Deductible* | If no amount is shown in the Schedule for an Aggregate Deductible, then there is no aggregate limit applicable to your Deductible Obligations, and you must promptly pay all amounts described in the provision titled Deductible Obligations regardless of the number of losses. |

If an amount is shown in the Schedule for the Aggregate Deductible, then that is the amount, in the aggregate, which you must promptly pay for amounts described in the provision titled Deductible Obligations.

However, if an Exposure Base, Exposure Estimate and Rate are shown in the Schedule, then the Aggregate Deductible is an estimated amount and is subject to audit by us. In such case the amount of the actual Aggregate Deductible will be determined at the end of the policy period by using such Rate and the actual amount of the Exposure. But, the actual Aggregate Deductible will not be less than the Aggregate Deductible shown in the Schedule.

You must compile and keep, with the exercise of reasonable care, records of the information we need for determining the amount of the actual Aggregate Deductible. You must promptly provide this information to us in a format and at intervals agreed by us or within 60 days of any request made by us.

You must promptly pay any additional amounts of the actual Aggregate Deductible as determined by our audit.

| | |
|---|---|
| *Deductible Obligations (Excess And Reimbursement)* | This insurance applies to amounts in excess of Deductibles, and ultimately, you are obligated for amounts within Deductibles, regardless of whether we pay or incur amounts within Deductibles. |

Deductibles apply to the amounts first paid or incurred for "damages/loss" and "deductible expenses" (to which this insurance would apply but for the Deductible) as such amounts are first paid or incurred.

If we pay or incur any "damages/loss" or "deductible expenses" within any Deductible, then you must promptly reimburse us for all such "damages/loss" and "deductible expenses." Regardless of whether we pay any "damages/loss," you must promptly reimburse us for all "deductible expenses" within any Deductible.

The first named insured shown in the Declarations agrees, and is authorized, to promptly reimburse us for any and all reimbursable amounts (relative to this insurance or any other insurance issued by us or an affiliate of ours including any antecedent insurance). Each named insured is jointly and severally liable for any and all such amounts.

*Liability Insurance*

*Endorsement*

| | |
|---|---|
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32SFO |

Failure to promptly reimburse us (relative to this insurance or any other insurance issued by us or an affiliate of ours including any antecedent insurance) shall be deemed an event of nonpayment of premium.

| | |
|---|---|
| *Investigation, Defense, Settlements And Rights Of Recovery* | Regardless of the application of any Deductible:<br><br>A.  the terms and conditions of this insurance continue to apply, including those with respect to:<br><br>    1.  our rights to investigate any claim or "event" and to make any settlements; and<br><br>    2.  the insured's duties in the event of any claim, "event" or suit.<br><br>B.  we may, at our discretion, initiate or participate in an appeal of a judgment, if such judgment may result in a payment under this insurance.<br><br>C.  our rights of recovery against others continue to apply. Any amount recovered will be apportioned as follows:<br><br>    1.  first, we shall receive all amounts recovered until we have been fully reimbursed for all amounts we have paid or incurred (including costs or expenses of such recovery proceedings) in connection with amounts that exceed any Deductible.<br><br>    2.  then, remaining amounts recovered will be applied to reimburse you and us, in accordance with the respective interests in connection with amounts within any Deductible (including costs or expenses of such recovery proceedings). |
| *Working Funds And Security Interests* | In addition to the premium for this insurance, you must promptly pay us in cash the amount of any working fund deposit (or any amount necessary to maintain such working fund deposit) that we may require.<br><br>You must promptly deliver to us any other security interest that we may require, in the types and the amounts acceptable to us.<br><br>We may apply any working fund deposit and any security interest to any insured's obligations (relative to this insurance or any other insurance issued by us or an affiliate of ours including any antecedent insurance).<br><br>We may review at any time any working fund deposit and any security interest (relative to this insurance or any other insurance issued by us or an affiliate of ours including any antecedent insurance). If we determine that an increase in any working fund deposit or security interest is required, then you must promptly provide such increase to us. |

Reference Copy

## *Liability Endorsement*
*(continued)*

If you fail to comply with any of the provisions of this Deductible section, then we may liquidate any working fund deposit or security interest and take ownership of the proceeds to the extent of any and all insureds'debts to us or affiliates of ours. The surplus of such proceeds in excess of such debts will remain in our possession as security interest until the termination of all insureds' reimbursement obligations, as determined by us.

Failure to promptly deliver or maintain any working fund deposit or security interest (relative to this insurance or any other insurance issued by us or an affiliate of ours including any antecedent insurance) shall be deemed an event of nonpayment of premium.

The following provision is added to Limits Of Insurance.

### *Limits Of Insurance*

All payments made within the Deductible will not reduce the Limits Of Insurance.

As used in this endorsement, the following words and phrases have special meanings as described below.

### *Deductible Definitions*

#### *"Damages/Loss"*

"Damages/loss"refers to damages or other indemnity as described under the applicable Coverage, other than "deductible expenses." Deductibles applying to bodily injury include damages and any medical expenses.

#### *"DeductibleExpenses"*

"Deductible expenses" refers to the following expenses as described under the applicable insurance:

A.   attorney and paralegal fees and salaries (including those of attorneys and paralegals who are our employees).

B.   expenses relating to a suit, including the cost of expert witnesses, transcripts, court reporters, research reports and depositions.

C.   the cost of:

    1.   bail bonds; or

    2.   bonds required to:

        a.   appeal judgements (in connection with the initiation and continuation of an appeal agreed to by us); or

        b.   release attachments.

D.   costs taxed against the insured in a suit.

## *Liability Insurance*

## *Endorsement*

| | |
|---|---|
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-32 SFO |

    E.    the cost and expense of any investigation that we undertake.

    F.    other reasonable expenses that we allocate to a specific claim or "event."

*"Event"*    "Event" refers to an occurrence, offense, wrongful act or other cause of loss as described under the applicable Coverage.

### *Schedule*

Aggregate Deductible:                          Not Applicable

All other terms and conditions remain unchanged.

*Authorized Representative*

## *Liability Insurance*

## *International Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499−85−32SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

PRODUCTS/COMPLETED OPERATIONS−CLAIMS MADE

---

### *Extended Reporting Periods*

Under Extended Reporting Periods, and only for the purposes of Differences In Conditions and Excess Coverage, paragraphs D. and E. of Supplemental Extended Reporting Period are deleted and replaced with the following:

*Supplemental Extended Reporting Period*

D.   We will determine the additional premium for the Supplemental Extended Reporting Period Endorsement by considering:

(1)   the exposures insured;

(2)   previous types and amounts of insurance; and

(3)   other related factors.

E.   The Supplemental Extended Reporting Period Endorsement will set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded is Differences In Conditions and Excess Coverage for any other insurance in force after the Supplemental Extended Reporting Period starts.

Under Extended Reporting Periods, and only for the purposes of Differences In Conditions and Excess Coverage, When Extended Reporting Periods Apply is deleted and replaced with the following:

---

Liability Insurance

Form 80-02-2507 (Ed. 4−94)

Amended ERP −International Endorsement

Reference Copy

continued

Page 1

## *Liability Insurance*
(continued)

*When Extended Reporting Periods Apply*

We will automatically provide a Basic Extended Reporting Period and, if you purchase it, a Supplemental Extended Reporting Period if:

A.   this insurance is cancelled or not renewed for any reason except non–payment of the premium; or

B.   we renew or replace this insurance with other insurance that:

    1.   has a Retroactive date later than the Retroactive date shown in the Declarations for this insurance; or

    2.   does not apply to **covered loss** on a claims made basis.

All other terms and conditions remain unchanged.

Authorized Representative _____

*Common Policy Conditions Section*

## *Policy Conditions*

### *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-9090 | 6-05 | COMMON POLICY CONDITIONS | 08/01/10 | 09/24/10 |
| 80-02-9717 | 4-94 | CALIFORNIA MANDATORY-COMMON-CANCEL/NONRENEW | 08/01/10 | 09/24/10 |
| 80-02-9800 | 12-08 | INSURING AGREEMENT | 08/01/10 | 09/24/10 |
| 99-10-0872 | 6-07 | AOD POLICYHOLDER NOTICE | 08/01/10 | 09/24/10 |

*last page*

**Reference Copy**

## Common Policy Conditions

## Contract

| | |
|---|---|
| **Conditions** | The following Conditions are included under each part of the policy, unless stated otherwise. |
| **Audit Of Books And Records** | We may audit your books and records as they relate to this insurance at any time during the term of this policy and up to three years afterwards. |

**Cancellation**

The first named insured may cancel this policy or any of its individual coverages at any time by sending us a written request or by returning the policy and stating when thereafter cancellation is to take effect.

We may cancel this policy or any of its individual coverages at any time by sending to the first named insured a notice 60 days (20 days in the event of non-payment of premium) in advance of the cancellation date. Our notice of cancellation will be mailed to the first named insured's last known address, and will indicate the date on which coverage is terminated. If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

The earned premium will be computed on a pro rata basis. Any unearned premium will be returned as soon as practicable.

**Changes**

This policy can only be changed by a written endorsement that becomes part of this policy. The endorsement must be signed by one of our authorized representatives.

**Compliance By Insureds**

We have no duty to provide coverage under this policy unless you and any other involved insured have fully complied with all of the terms and conditions of the policy.

**Compliance With Applicable Trade Sanctions**

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

**Conformance**

Any terms of this insurance which are in conflict with the applicable statutes of the State in which this policy is issued are amended to conform to such statutes.

**First Named Insured**

The person or organization first named in the Declarations is primarily responsible for payment of all premiums. The first named insured will act on behalf of all other named insureds for the giving and receiving of notice of cancellation or nonrenewal and the receiving of any return premiums that become payable under this policy.

**Inspections And Surveys**

We may:

- make inspections and surveys at any time;
- give you reports on the conditions we find; and
- recommend changes.

---

*Common Policy Conditions*      **Reference Copy**

---

## Conditions

**Inspections And Surveys** *(continued)*

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

· are safe or healthful; or

· comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations for us.

---

**Titles Of Paragraphs**

The titles of the various paragraphs of this policy and endorsements, if any, attached to this policy are inserted solely for convenience or reference and are not to be deemed in any way to limit or affect the provisions to which they relate.

---

**Transfer Of Rights And Duties**

Your rights and duties under this insurance may not be transferred without our written consent. However, if you die, then your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative, or to anyone having temporary custody of your property until your legal representative has been appointed.

---

**When We Do Not Renew**

If we decide not to renew this policy, we will mail or deliver to the first named insured's last known address, written notice of the nonrenewal not less than 60 days before the expiration date. If notice of nonrenewal is mailed, proof of mailing will be sufficient proof of notice.

---

COMMON

POLICY

*Common Policy Conditions Section*

*Endorsements*

ENDORSEMENTS

Reference Copy

## *Policy Conditions*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2010   TO   AUGUST 1, 2011 |
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-35 SFO |
| *Insured* | CALDERA MEDICAL INC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | SEPTEMBER 24, 2010 |

This Endorsement applies to the following forms:

COMMON POLICY CONDITIONS

The following changes are made as respects exposures in the state of California.

Under Conditions, the provisions titled Cancellation and When We Do Not Renew are deleted and replaced by the following:

### *Conditions*

*Cancellation*

*Residential Property*

A.    This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under this policy:

     1.    If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in 2. and 3. below.

     2.    We may not cancel such coverage solely because the first named insured has accepted our offer of earthquake coverage.

     3.    We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction (3.) applies only if the coverage provided under this policy excludes loss or damage caused by or resulting from corrosive soil conditions.

*All Policies In Effect For More Than 60 Days*

B.    1.    If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

---

## Conditions

**Cancellation**
*(continued)*

    a.    Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

    b.    Discovery of fraud or material misrepresentation by:

        (i)    any insured or his or her representative in obtaining this insurance; or

        (ii)    you or your representative in pursuing a claim under this policy.

    c.    A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

    d.    Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

    e.    Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

    f.    A determination by the Commissioner of Insurance that the:

        (i)    loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

        (ii)    continuation of the policy coverage would place us in violation of California law or the laws of the state where we are domiciled; or threaten our solvency.

    g.    A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

2.    We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first named insured and to the producer of record, at least:

    a.    10 days before the effective date of cancellation if we cancel for a reason listed in B.1.a. or b. above; or

    b.    30 days before the effective date of cancellation if we cancel for any other reason listed in paragraph B.1.

**Nonrenewal**

A.    Subject to the provisions of paragraphs B. and C. below, if we elect not to renew this policy, we will mail or deliver written notice stating the reason for nonrenewal to the first named insured and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

    We will mail or deliver our notice to the first named insured and to the producer of record, at the mailing address shown in the policy.

B.    This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under this policy:

---

## Policy Conditions

### Endorsement

| | |
|---|---|
| *Effective Date* | AUGUST 1, 2010 |
| *Policy Number* | 7499-85-33FO |

---

### Conditions

**Nonrenewal**
(continued)

1. We may elect not to renew such coverage for any reason, except as provided in 2. and 3. below.

2. We will not refuse to renew such coverage solely because the first named insured has accepted our offer of earthquake coverage.

3. We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction (3.) applies only if the coverage provided under this policy excludes loss or damage caused by or resulting from corrosive soil conditions.

C. We are not required to send notice of nonrenewal in the following situations:

1. If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between us and a member of our insurance group.

2. If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph A.

3. If you have obtained replacement coverage, or if the first named insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4. If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

5. If the first named insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

6. If we have made a written offer to the first named insured, in accordance with the timeframes shown in paragraph A., to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

All other terms and conditions remain unchanged.

*Authorized Representative*

---

Policy Conditions

Form 80-02-9717 (Ed. 4-94)

California Mandatory

Endorsement

**Reference Copy**

last page

Page 3