LOCKE LORD LLP
Michael F. Perlis (SBN: 095992)
mperlis@lockelord.com
Richard Johnson (SBN: 198117)
rrjohnson@lockelord.com
Lilian M. Khanjian (SBN: 259015)
lkhanjian@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>CALDERA MEDICAL, INC., and [NAMES OF CLASS REPRESENTATIVES], and all others similarly situated<br><br>Defendants. | CASE NO. 2:15-cv-00393-SVW-PJW<br><br>**[PROPOSED] ORDER GRANTING FEDERAL INSURANCE COMPANY'S MOTION FOR AN ORDER AUTHORIZING SUBSTITUTED SERVICE ON CERTAIN CLAIMANT DEFENDANTS**<br><br>**DATE:** MARCH 9, 2015<br>**TIME:** 1:30 P.M.<br>**DEPT:** 6<br><br>**JUDGE STEPHEN V. WILSON**<br><br>[Filed concurrently with: Notice of Motion, Memorandum of Points and Authorities, and Declaration of Lilian M. Khanjian] |

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

The Court, having considered Claimant Plaintiff Federal Insurance Company's ("Federal") Motion for an Order Authorizing Substituted Service, as well as the arguments of the parties and the papers submitted, and pursuant to Federal Rules of Civil Procedure ("Rule") 4(e)(1) and 4(e)(2)(C), IT IS HEREBY ORDERED THAT:

Service of process on the following Claimant-Defendants named as proposed class representatives in Federal's Complaint, that Federal has been unable to personally serve through other applicable means permitted under Rule 4, may be effected by Federal delivering a copy of the Summons and Complaint to counsel for such Claimant-Defendants:

1. Denise M. Flanigan
2. Rosie Jean Bates
3. Tammy L. McIlroy
4. Brenda Deyo
5. Susan Stone
6. Elaine Tack
7. Sharon Peer
8. Doreen Esparza
9. Peggy Grubbs
10. Connie Williamson
11. Christine Mathews
12. Katrina Baker
13. Dawn Burnham
14. Nancy Roberts
15. Joanne Mongeau
16. Sybil Washington

Dated: _____      _____
U.S. DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING FEDERAL INSURANCE COMPANY'S MOTION